**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LIBERTY MUTUAL INSURANCE CO., )
    Plaintiff, )
     )
v. )
     )
THE BLACK & DECKER CORP., )    CIVIL ACTION NO.
BLACK & DECKER, INC., )    96-10804-DPW
BLACK & DECKER, U.S. INC., )
EMHART CORP., and EMHART )
INDUSTRIES, INC., )
    Defendants. )

<u>VERDICT</u>

**A. Whitman Site**

1.   Has Liberty Mutual established by a preponderance of the evidence that no accident within the meaning of the Liberty Mutual policies occurred at the Whitman Site during the period May 18, 1956 to January 1, 1969?

Answer "YES" or "NO"      __NO__

### B. Bostik Site

1. Has Black & Decker established by a preponderance of the evidence that an accident within the meaning of the Liberty Mutual policies occurred at the Bostik Site during the period May 18, 1956 to January 1, 1969?

   Answer "YES" or "NO"   _Yes_

**Answer Question B.2 only if you have answered "YES" to Question B.1; otherwise return your verdict.**

2. Has Liberty Mutual established by a preponderance of the evidence that the costs associated with remediation of the former waste disposal area and Building 41 were not incurred to remedy or prevent migration of contaminants off the Bostik Site?

   Answer "YES" or "NO"   _Yes_

_2/13/04_
DATE

_[signature]_
FOREPERSON