# EXHIBIT 2

Bostik Defense Costs Incurred On Or After November 3, 1994
With Interest Through April 30, 2004

| Billing Firm | Invoice Number | Invoice Date | Bates Number | Subject | Amount of Bill | Interest as of April 30, 2004 | Amount with Interest |
|---|---|---|---|---|---|---|---|
| Swidler & Berlin | C54152 | 12/22/94 | 100551 | Bostik | $ 5,880.74 | $ 6,548.41 | $ 12,429.15 * |
| Swidler & Berlin | C55029 | 01/23/95 | 100553 | Bostik | $ 3,895.35 | $ 4,296.62 | $ 8,191.97 |
| Swidler & Berlin | C55667 | 02/14/95 | 100555 | Bostik | $ 25,038.89 | $ 27,437.14 | $ 52,476.03 |
| Swidler & Berlin | C56921 | 03/27/95 | 100560 | Bostik | $ 10,937.77 | $ 11,837.96 | $ 22,775.73 |
| Swidler & Berlin | 57854 | 04/19/95 | 100564 | Bostik | $ 5,847.53 | $ 6,284.57 | $ 12,132.10 |
| Swidler & Berlin | 58791 | 05/16/95 | 100567 | Bostik | $ 10,469.43 | $ 11,158.98 | $ 21,628.41 |
| Swidler & Berlin | 59879 | 06/22/95 | 100570 | Bostik | $ 16,347.95 | $ 17,225.81 | $ 33,573.76 |
| Swidler & Berlin | 60843 | 07/20/95 | 100573 | Bostik | $ 4,151.27 | $ 4,335.97 | $ 8,487.24 |
| Swidler & Berlin | 61874 | 08/15/95 | 100575 | Bostik | $ 2,191.69 | $ 2,270.47 | $ 4,462.16 |
| Swidler & Berlin | 63127 | 09/20/95 | 100577 | Bostik | $ 12,383.25 | $ 12,681.81 | $ 25,065.06 |
| Swidler & Berlin | 64685 | 10/20/95 | 100580 | Bostik | $ 3,748.63 | $ 3,802.04 | $ 7,550.67 |
| Swidler & Berlin | 65525 | 11/17/95 | 100582 | Bostik | $ 2,610.66 | $ 2,623.82 | $ 5,234.48 |
| Swidler & Berlin | 66996 | 12/19/95 | 100584 | Bostik | $ 3,798.11 | $ 3,777.30 | $ 7,575.41 |
| Swidler & Berlin | 68106 | 01/29/96 | 100586 | Bostik | $ 588.14 | $ 576.99 | $ 1,165.13 |
| Swidler & Berlin | 69289 | 02/14/96 | 100588 | Bostik | $ 1,214.65 | $ 1,185.23 | $ 2,399.88 |
| Swidler & Berlin | 71415 | 03/22/96 | 100590 | Bostik | $ 864.39 | $ 832.94 | $ 1,697.33 |
| Swidler & Berlin | 72400 | 04/18/96 | 100592 | Bostik | $ 1,789.63 | $ 1,708.63 | $ 3,498.26 |

## Bostik Defense Costs Incurred On Or After November 3, 1994
### With Interest Through April 30, 2004

| Billing Firm | Invoice Number | Invoice Date | Bates Number | Subject | Amount of Bill | Interest as of April 30, 2004 | Amount with Interest |
|---|---|---|---|---|---|---|---|
| Swidler & Berlin | 73433 | 05/20/96 | 100594 | Bostik | $ 13,689.04 | $ 12,925.45 | $ 26,614.49 |
| Swidler & Berlin | 74327 | 06/20/96 | SUPP-3 01954 | Bostik | $ 1,254.98 | $ 1,172.19 | $ 2,427.17 |
| Swidler & Berlin | 75433 | 07/23/96 | 100598 | Bostik | $ 766.64 | $ 707.75 | $ 1,474.39 |
| Swidler & Berlin | 76642 | 08/27/96 | MISC3-0030 | Bostik | $ 2.79 | $ 2.54 | $ 5.33 |
| Swidler & Berlin | 77580 | 09/23/96 | MISC3-0051 | Bostik | $ 0.81 | $ 0.73 | $ 1.54 |
| Swidler & Berlin | 81636 | 11/20/96 | 100602 | Bostik | $ 725.70 | $ 641.32 | $ 1,367.02 |
| Swidler & Berlin | 86080 | 01/24/97 | MISC3-0130 | Bostik | $ 74.14 | $ 63.94 | $ 138.08 |
| Swidler & Berlin | 91689 | 04/21/97 | MISC3-0186 | Bostik | $ 290.00 | $ 241.79 | $ 531.79 |
| Swidler & Berlin | 93117 | 05/27/97 | MISC3-0198 | Bostik | $ 72.50 | $ 59.59 | $ 132.09 |
| Swidler & Berlin | 94704 | 06/30/97 | MISC3-0216 | Bostik | $ 290.10 | $ 235.20 | $ 525.30 |
| Swidler & Berlin | 103143 | 11/25/97 | (LXXXVIII-101) | Bostik | $ 290.00 | $ 221.00 | $ 511.00 |
| | | | | TOTAL: | $ 129,214.78 | $ 134,856.18 | $ 264,070.96 |

* adjusted to remove charges prior to November 3, 1994

**NOTE:** Interest has been calculated at 12% beginning 30 days after the invoice date.