# EXHIBIT 10

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
QUESTIONABLE INTRA-OFFICE
CONFERENCES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk SEQ | Date | Init. | Description | | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|---------|------|-------|-------------|---|------|------------------|---------------------|--------|---------------------|

### WHITMAN, MASSACHUSETTS FACILITY

Invoice Date: 08/01/89

| 2 | 0 | 07/03/89 | BLM | "CONFERENCE WITH B. TAYLOR RE STATUS" | | $225.00 | 0.25 | 0.00 | $56.25 | $56.25 |
| | | | | | 9 2 | 9805041122110551a | *Invoice-total:* | | 0.25 | 0.00 | $56.25 | $56.25 |

Invoice Date: 10/09/89

| 1 | 0 | 09/05/89 | BLM | "CONFERENCE WITH R. TAYLOR RE STATUS." | | $225.00 | 0.25 | 0.00 | $56.25 | $56.25 |
| | | | | | 9 4 | 9805041122110551a | *Invoice-total:* | | 0.25 | 0.00 | $56.25 | $56.25 |
| | | | | | | | *File-total:* | | 0.50 | 0.00 | $112.50 | $112.50 |

**Grand Total**     $10,740.75     $10,740.75

Confidential

# EXHIBIT 11

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
QUESTIONABLE INTRA-OFFICE
CONFERENCES

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| **BOSTIK CLAIMS** | | | | | | | | | | |
| *Invoice Date: 02/14/95* | | | | | | | | | | |
| 22 | 2 | | 01/24/95 | BLM | CONFERENCE WITH E. WOOLWORTH RE ASSIGNMENTS | $285.00 | 0.25 | 0.00 | $71.25 | $71.25 |
| 24 | 2 | | 01/25/95 | BLM | CONFERENCE WITH E. WOOLWORTH RE ASSIGNMENT | $285.00 | 0.50 | 0.00 | $142.50 | $142.50 |
| 31 | 1 | | 01/31/95 | BLM | CONFERENCE WITH E. WOOLWORTH RE SAME [MEETING SCHEDULE] | $285.00 | 0.50 | 0.00 | $142.50 | $142.50 |
| 31 | 2 | | 01/31/95 | BLM | CONFERENCE WITH E. WOOLWORTH RE SAME [MEETING SCHEDULE]; | $285.00 | 0.50 | 0.00 | $142.50 | $142.50 |
| | | 2 8 | | | 980504112110551a *Invoice-total:* | | **1.75** | **0.00** | **$498.75** | **$498.75** |
| *Invoice Date: 03/27/95* | | | | | | | | | | |
| 14 | 3 | | 02/09/95 | ESW | STATUS REPORT FROM E. CECIL ON MARSHALL LISTING." | $155.00 | 0.25 | 0.00 | $38.75 | $38.75 |
| | | 2 9 | | | 980504112110551a *Invoice-total:* | | **0.25** | **0.00** | **$38.75** | **$38.75** |
| *Invoice Date: 04/19/95* | | | | | | | | | | |
| 15 | 1 | | 03/21/95 | BLM | "CONFERENCE WITH E. WOOLWORTH RE STATUS, FUTURE PLAN | $285.00 | 0.15 | 0.00 | $42.75 | $42.75 |

Confidential

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
QUESTIONABLE INTRA-OFFICE
CONFERENCES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| **BOSTIK CLAIMS** | | | | | | | | | | |
| *Invoice Date: 04/19/95* | | | | | | | | | | |
| 19 | 1 | | 03/24/95 | BLM | MEETING WITH E. WOOLWORTH AND L. BIAGIONI RE STATUS, OPEN ITEMS, PROCEDURE; | $285.00 | 1.00 | 0.00 | $285.00 | $285.00 |
| | 2 | 10 | | | 9805041122110551e  *Invoice-total:* | | 1.15 | 0.00 | $327.75 | **$327.75** |
| *Invoice Date: 05/16/95* | | | | | | | | | | |
| 4 | 3 | | 04/07/95 | BLM | CONFERENCE WITH E. WOOLWORTH RE ASSIGNMENTS." | $285.00 | 0.30 | 0.00 | $85.50 | $85.50 |
| 10 | 1 | | 04/11/95 | BLM | CONFERENCE WITH E. WOOLWORTH AND B. KARTZMAN RE STATUS, ASSIGNMENTS; | $285.00 | 0.30 | 0.00 | $85.50 | $85.50 |
| | 2 | 11 | | | 9805041122110551e  *Invoice-total:* | | 0.60 | 0.00 | **$171.00** | **$171.00** |
| *Invoice Date: 09/20/95* | | | | | | | | | | |
| 5 | 1 | | 08/07/95 | BLM | CONFERENCE WITH D. SWEIGART, B. BARNES AND H. KING RE ASSIGNMENT." | $285.00 | 0.75 | 0.00 | $213.75 | $213.75 |
| 10 | 1 | | 08/09/95 | BLM | CONFERENCE WITH B. BARNES RE ASSIGNMENTS." | $285.00 | 0.75 | 0.00 | $213.75 | $213.75 |
| | 2 | 15 | | | 9805041122110551e  *Invoice-total:* | | 1.50 | 0.00 | **$427.50** | **$427.50** |
| *Invoice Date: 02/14/96* | | | | | | | | | | |
| 3 | 2 | | 01/16/96 | BLM | CONFERENCE WITH, B. BARNES RE ASSIGNMENT. | $285.00 | 0.10 | 0.00 | $28.50 | $28.50 |
| | 2 | 20 | | | 9805041122110551e  *Invoice-total:* | | 0.10 | 0.00 | **$28.50** | **$28.50** |
| | | | | | *File-total:* | | 8.80 | 0.00 | **$2,148.00** | **$2,148.00** |

Confidential

# EXHIBIT 12

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
QUESTIONABLE/ EXCEPTIONAL CHARGES
AND PRACTICE

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

**WHITMAN, MASSACHUSETTS FACILITY**

*Invoice Date: 08/01/89*

| 8 | 0 | 07/29/89 | RT | "REVIEW MATERIALS PREPARED BY H&A; BEGIN LETTER TO CLIENT RE H&A'S PERFORMANCE." | $195.00 | 0.50 | 0.00 | $97.50 | $97.50 |
| | | | 9 2 | 9805041122110551a | *Invoice-total:* | | 0.50 | | $97.50 | $97.50 |

*Invoice Date: 06/08/90*

| 2 | 0 | 09/07/90 | RT | "DRAFT MEMO FOR POSSIBLE USE IN INSURANCE COVERAGE LITIGATION." | $225.00 | 1.50 | 0.00 | $337.50 | $337.50 |
| | | | 9 11 | 9805041122110551a | *Invoice-total:* | | 1.50 | | $337.50 | $337.50 |
| | | | | | *File-total:* | | 2.00 | 0.00 | $435.00 | $435.00 |

Confidential

# EXHIBIT 13

*Legalgard Inc.*

**AUDIT INVOICE DETAIL REPORT BY TASK**
**QUESTIONABLE/ EXCEPTIONAL CHARGES**
**AND PRACTICE**

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**BOSTIK CLAIMS**

| No. | Blk SEQ | Date | Init. | Description | Billed Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|---------|------|-------|-------------|-------------|------------------|---------------------|--------|---------------------|
| 11 | 1 | 04/11/95 | BSK | "REVIEW DOCUMENTS REGARDING MIDDLETON SITE AND ORIGIN OF BOSTIK CLAIM; | $145.00 | 1.00 | 0.00 | $145.00 | $145.00 |

*Invoice Date: 05/16/95*

2 11                    9805041122110551a  *Invoice-total:*    1.00    0.00    $145.00    $145.00

*File-total:*    2.00    0.00    $300.00    $300.00

# EXHIBIT 14

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
DUPLICATE ATTENDANCE

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

*BOSTIK CLAIMS*

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

*Invoice Date: 03/27/95*

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 10 | 0 | | 02/07/95 | ESW | "PREPARING FOR AND ATTENDING MEETING AT BOSTIK WITH CLIENT."[BLM] | $155.00 | 8.00 | 0.00 | 1,240.00 | $1,240.00 |
| | | 2 9 | | | 98050411221105551a  *Invoice-total:* | | 8.00 | 0.00 | $1,240.00 | $1,240.00 |
| | | | | | *File-total:* | | 22.00 | 0.00 | $3,270.00 | $3,270.00 |

# EXHIBIT 15

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
LEGAL RESEARCH

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

### WHITMAN, MASSACHUSETTS FACILITY

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| **Invoice Date: 11/30/89** | | | | | | | | | | |
| 5 | 3 | 10/17/89 | | RT | STUDY OF LAW RE MASS 21E AND CONTINGENCY PLAN | $225.00 | 1.00 | 0.00 | $225.00 | $225.00 |
| 7 | 2 | 10/19/89 | | RT | STUDY OF LAW RE 21E OBLIGATIONS OF EMHART WITH RESPECT TO ENTIRE SITS | $225.00 | 1.50 | 0.00 | $337.50 | $337.50 |
| | | 9 5 | | | 980504112210551a *Invoice-total:* | | 2.50 | 0.00 | $562.50 | $562.50 |
| **Invoice Date: 12/31/90** | | | | | | | | | | |
| 2 | 3 | 11/02/90 | | RT | STUDY OF LAW RE PURCHASE AGREEMENT AND BACKGROUND OF OBLIGATIONS AT THE SITE. | $245.00 | 2.00 | 0.00 | $490.00 | $490.00 |
| | | 9 17 | | | 980504112210551a *Invoice-total:* | | 2.00 | 0.00 | $490.00 | $490.00 |
| **Invoice Date: 052291** | | | | | | | | | | |
| 3 | 3 | 04/25/91 | | RT | STUDY OF LAW RE REASONS FOR DELAYS IN REMEDIATION PROJECT | $245.00 | 2.00 | 0.00 | $490.00 | $490.00 |
| | | 9 21 | | | 980504112210551a *Invoice-total:* | | 2.00 | 0.00 | $490.00 | $490.00 |
| | | | | | *File-total:* | | 6.50 | 0.00 | $1,542.50 | $1,542.50 |
| | | | | | **Grand Total** | | | | $37,560.00 | $37,560.00 |

Liberty Mutt. Group
Dover NH
Swidler Berlin Shereff Friedman
New York NY

*Legalgurd Inc.*
## AUDIT INVOICE DETAIL REPORT BY TASK
### LEGAL RESEARCH

Client ID: 1122
Client Office ID: 1
Firm ID: 5490
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

*Whitman, Massachusetts Facility*

Invoice Date: 09/29/92

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 2 | | 0 | 08/03/92 | LMG | "Research mixture and contained-in rules, contaminated media policies, Mass. hazardous waste definition, other issues" | $175.00 | 3.50 | 0.00 | $612.50 | $612.50 |
| 3 | | 1 | 08/04/92 | LMG | "Research RCRA disposal issues; | $175.00 | 0.25 | 0.00 | $43.75 | $43.75 |
| 5 | | 0 | 08/13/92 | LMG | "Research and draft memo on regulatory status of contaminated soil; TC's to EPA" | $175.00 | 2.25 | 0.00 | $393.75 | $393.75 |
| 6 | | 0 | 08/14/92 | LMG | "Research, draft and revise memo on contaminated soil" | $175.00 | 1.50 | 0.00 | $262.50 | $262.50 |
| | 63 | 2 | | | *030320112215490018* *Invoice-total:* | | 7.50 | 0.00 | $1,312.50 | $1,312.50 |
| | | | | | *File-total:* | | 7.50 | 0.00 | $1,312.50 | $1,312.50 |

# EXHIBIT 16

*Legalgard Inc.*
## AUDIT INVOICE DETAIL REPORT BY TASK
## LEGAL RESEARCH

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

**BOSTIK CLAIMS**

| No. | Blk SEQ | Date | Init. | Description | Billed Rate | Billed Time/Unit | Allowable Time/Unit | Possible Charge | Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| *Invoice Date: 02/14/95* | | | | | | | | | |
| 17 | 2 | 01/20/95 | ESW | REVIEWING MICHIGAN ACT 307 | $155.00 | 1.00 | 0.00 | $155.00 | $155.00 |
| 18 | 1 | 01/22/95 | BLM | REVIEW MICHIGAN ACT 307 RE MARSHALL | $285.00 | 0.50 | 0.00 | $142.50 | $142.50 |
| 22 | 1 | 01/24/95 | BLM | REVIEW MICHIGAN ACT 307 AND RULES RE MARSHALL | $285.00 | 0.25 | 0.00 | $71.25 | $71.25 |
| 24 | 1 | 01/25/95 | BLM | REVIEW MICHIGAN ACT 307 RULES RE MARSHALL | $285.00 | 1.00 | 0.00 | $285.00 | $285.00 |
| 25 | 2 | 01/25/95 | ESW | BEGINNING TO REVIEW MICHIGAN ACT 307 AND REGULATIONS TO PREPARE MEMO RE SELF-IMPLEMENTING NATURE OF REQUIREMENTS | $155.00 | 1.00 | 0.00 | $155.00 | $155.00 |
| 26 | 0 | 01/26/95 | ESW | "ANALYZING MICHIGAN ACT 307 AND ITS REGULATIONS AS THEY APPLY TO MARSHALL SITE; DRAFTING MEMO RE SAME PER B. MALTER REQUEST." | $155.00 | 6.00 | 0.00 | $930.00 | $930.00 |
| 28 | 0 | 01/27/95 | ESW | "DRAFTING MEMO RE MICHIGAN ACT 307 AND ITS REGULATIONS AND THEIR APPLICABILITY TO MARSHALL SITUATION (I.E., IS REMEDIAL ACTION VOLUNTARY?)." | $155.00 | 5.50 | 0.00 | $852.50 | $852.50 |
| 2 8 | | 9805041122110551a | | *Invoice-total:* | | 15.25 | 0.00 | $2,591.25 | $2,591.25 |
| *Invoice Date: 03/27/95* | | | | | | | | | |
| 3 | 4 | 02/02/95 | BLM | REVIEW MEMO RE MARSHALL-MICHIGAN STATUTE AND REGULATIONS | $285.00 | 1.50 | 0.00 | $427.50 | $427.50 |
| 5 | 1 | 02/03/95 | BLM | REVIEW MICHIGAN ACT 307 AND REGULATIONS; | $285.00 | 1.00 | 0.00 | $285.00 | $285.00 |
| 2 9 | | 9805041122110551a | | *Invoice-total:* | | 2.50 | 0.00 | $712.50 | $712.50 |

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

# Legalgard Inc.
## AUDIT INVOICE DETAIL REPORT BY TASK
## LEGAL RESEARCH

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

**BOSTIK CLAIMS**

| No. | Blk SEQ | Date | Init. | Description | Billed Rate Time/Unit | | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| Invoice Date: 06/22/95 | | | | | | | | | |
| 9 | 1 | 05/17/95 | BLM | "REVIEW BOSTIK MIDDLETON RISK ASSESSMENT, MASS. MCP." 2 12 | 4.00 | $285.00 | 0.00 | :1,140.00 | $1,140.00 |
| | | | | 980504112211055a  Invoice-total: | 4.00 | | 0.00 | $1,140.00 | $1,140.00 |
| Invoice Date: 09/2095 | | | | | | | | | |
| 6 | 0 | 08/07/95 | EJC | "RESEARCH RE MASSACHUSETTS CONTINGENCY PLAN; SEARCH CD-ROM SYSTEM RE SAME AND ARRANGE FOR PRINTING SAME." 2 15 | 1.50 | $80.00 | 0.00 | $120.00 | $120.00 |
| | | | | 980504112211055a  Invoice-total: | 1.50 | | 0.00 | $120.00 | $120.00 |
| | | | | File-total: | 23.75 | | 0.00 | $4,636.25 | $4,636.25 |

# EXHIBIT 17

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
SECRETARIAL/ CLERICAL FUNCTIONS

Client ID: **1122**
Client Office ID: **1**
Firm ID: **1055**
Firm Office ID: **1**

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

**WHITMAN, MASSACHUSETTS FACILITY**

*Invoice Date: 07/28/89*

| 18 | 2 | | 06/28/89 | RT | SEND REVISED DRAFT TO HALEY & ALDRICH | $195.00 | 0.25 | 0.00 | $48.75 | $48.75 |
| | | | | | 9805041122110551a *Invoice-total:* | | **0.25** | **0.00** | **$48.75** | **$48.75** |
| | | | | | *9 1* | | | | | |

*Invoice Date: 08/01/89*

| 1 | 2 | | 07/03/89 | RT | SEND THE NEW DRAFT TO BOUCHARD OF HALEY & ALDRICH. | $195.00 | 0.50 | 0.00 | $97.50 | $97.50 |
| 4 | 1 | | 07/05/89 | RT | TELECOPY PACKAGE TO BOUCHARD | $195.00 | 0.25 | 0.00 | $48.75 | $48.75 |
| | | | | | 9805041122110551a *Invoice-total:* | | **0.75** | **0.00** | **$146.25** | **$146.25** |
| | | | | | *9 2* | | | | | |

*Invoice Date: 10/06/89*

| 3 | 2 | | 09/14/89 | RT | TELECOPY [REPORT] TO BOUCHARD AND BIAGIONI. | $195.00 | 0.25 | 0.00 | $48.75 | $48.75 |

Confidential

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
SECRETARIAL/ CLERICAL FUNCTIONS

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

### WHITMAN, MASSACHUSETTS FACILITY

| No. | Blk | SEQ | Date | Init. | Description | | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Invoice Date: 10/06/89* | | | | | | | | | | | |
| 6 | 2 | | 09/19/89 | RT | TELECOPY LETTER. | | $195.00 | 0.25 | 0.00 | $48.75 | $48.75 |
| | | 9 4 | | | | 9805041122110551a *Invoice-total:* | | 0.50 | 0.00 | $97.50 | $97.50 |
| *Invoice Date: 11/30/89* | | | | | | | | | | | |
| 8 | 2 | | 10/20/89 | RT | SEND KALISH'S RESPONSE TO BIAGIONI AND BOUCHARD. | | $225.00 | 0.25 | 0.00 | $56.25 | $56.25 |
| | | 9 5 | | | | 9805041122110551a *Invoice-total:* | | 0.25 | 0.00 | $56.25 | $56.25 |
| *Invoice Date: 01/30/90* | | | | | | | | | | | |
| 3 | 0 | | 12/15/89 | BA | "FILE ORGANIZATION AND MAINTENANCE." | | $38.00 | 1.00 | 0.00 | $38.00 | $38.00 |
| | | 9 6 | | | | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | $38.00 | $38.00 |
| *Invoice Date: 03/06/90* | | | | | | | | | | | |
| 2 | 2 | | 02/07/90 | RT | SEND MATERIALS (FILED WITH STATE) TO KALISH). | | $225.00 | 0.25 | 0.00 | $56.25 | $56.25 |
| | | 9 8 | | | | 9805041122110551a *Invoice-total:* | | 0.25 | 0.00 | $56.25 | $56.25 |
| *Invoice Date: 04/23/90* | | | | | | | | | | | |
| 4 | 3 | | 03/31/90 | RT | TELECOPY MATERIALS. | | $225.00 | 0.25 | 0.00 | $56.25 | $56.25 |
| | | 9 9 | | | | 9805041122110551a *Invoice-total:* | | 0.25 | 0.00 | $56.25 | $56.25 |
| *Invoice Date: 10/29/90* | | | | | | | | | | | |
| 4 | 2 | | 09/27/90 | RT | TELECOPY TO BIAGIONI. | | $225.00 | 0.25 | 0.00 | $56.25 | $56.25 |
| | | 9 15 | | | | 9805041122110551a *Invoice-total:* | | 0.25 | 0.00 | $56.25 | $56.25 |
| *Invoice Date: 03/29/91* | | | | | | | | | | | |
| 4 | 3 | | 02/01/91 | RT | SEND (LETTER (TO FENTON)) TO CLIENT. | | $245.00 | 0.25 | 0.00 | $61.25 | $61.25 |
| | | 9 19 | | | | 9805041122110551a *Invoice-total:* | | 0.25 | 0.00 | $61.25 | $61.25 |
| *Invoice Date: 04/30/91* | | | | | | | | | | | |
| 2 | 2 | | 03/04/91 | RT | SEND OUT DRAFT AGREEMENT. | | $245.00 | 0.25 | 0.00 | $61.25 | $61.25 |
| | | 9 20 | | | | 9805041122110551a *Invoice-total:* | | 0.25 | 0.00 | $61.25 | $61.25 |

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
**AUDIT INVOICE DETAIL REPORT BY TASK**
**SECRETARIAL/ CLERICAL FUNCTIONS**

Client ID: **1122**
Client Office ID: **1**
Firm ID: **1055**
Firm Office ID: **1**

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

*WHITMAN, MASSACHUSETTS FACILITY*

*Invoice Date: 06/18/91*

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 2 | 1 | 9 22 | 05/01/91 | RT | SEND OUT LETTER [TO SIMONS]. | $245.00 | 0.25 | 0.00 | $61.25 | $61.25 |

9805041122110551a    *Invoice-total:*    0.25    0.00    $61.25    $61.25

*File-total:*    4.25    0.00    $739.25    $739.25

**Confidential**

**Page 303 of 347**

# EXHIBIT 18

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

## Legalgard Inc.
### AUDIT INVOICE DETAIL REPORT BY TASK
### SECRETARIAL/ CLERICAL FUNCTIONS

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

**BOSTIK CLAIMS**

*Invoice Date: 02/14/95*

| 23 | 0 | | 01/24/95 | ESW | "FAXING HANDOUTS FROM CLIENT MEETING TO R. GREBE; DOCUMENT MANAGEMENT." | $155.00 | 0.25 | 0.00 | $38.75 | $38.75 |
| | | | | | 9805041122110551a | 2 8 | *Invoice-total:* | | 0.25 | 0.00 | $38.75 | $38.75 |

*Invoice Date: 04/19/95*

| 6 | 1 | | 03/10/95 | EJC | TELEPHONE CONFERENCES WITH MDNR RE COPY CHARGES; | $80.00 | 0.15 | 0.00 | $12.00 | $12.00 |
| | | | | | 9805041122110551a | 2 10 | *Invoice-total:* | | 0.15 | 0.00 | $12.00 | $12.00 |

*Invoice Date: 09/20/95*

| 7 | 0 | | 08/07/95 | HK | "REVIEW BOSTIK INVOICES FOR B. MALTER." | $40.00 | 2.50 | 0.00 | $100.00 | $100.00 |
| | | | | | 9805041122110551a | 2 15 | *Invoice-total:* | | 2.50 | 0.00 | $100.00 | $100.00 |

| | | | | | | *File-total:* | | 3.10 | 0.00 | $179.75 | $179.75 |

# EXHIBIT 19

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

## Legalgard Inc.
### AUDIT INVOICE DETAIL REPORT BY TASK
### QUESTIONABLE SECRETARIAL/ CLERICAL FUNCTIONS

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

**WHITMAN, MASSACHUSETTS FACILITY**

*Invoice Date: 07/28/89*

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 18 | 4 | | 06/28/89 | RT | ARRANGE FOR NEW DUE DATE OF JULY 6. | $195.00 | 0.50 | 0.00 | $97.50 | $97.50 |
| | | 9 1 | | | 9805041122110551a  *Invoice-total:* | | 0.50 | 0.00 | $97.50 | $97.50 |

*Invoice Date: 08/01/89*

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 4 | 3 | | 07/05/89 | RT | ORGANIZE MATERIALS. | $195.00 | 1.25 | 0.00 | $243.75 | $243.75 |
| | | 9 2 | | | 9805041122110551a  *Invoice-total:* | | 1.25 | 0.00 | $243.75 | $243.75 |

Confidential

Page 272 of 347

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

## Legalgard Inc.
### AUDIT INVOICE DETAIL REPORT BY TASK
### QUESTIONABLE SECRETARIAL/ CLERICAL FUNCTIONS

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| *WHITMAN, MASSACHUSETTS FACILITY* | | | | | | | | | | |
| *Invoice Date: 02/27/90* | | | | | | | | | | |
| 1 | | 0 | 01/08/90 | RT | "OBTAIN STATUS REPORT FROM BOUCHARD." | $225.00 | 0.25 | 0.00 | $56.25 | $56.25 |
| | | 9 7 | | | 980504112211055fa *Invoice-total:* | | 0.25 | 0.00 | **$56.25** | **$56.25** |
| *Invoice Date: 08/31/90* | | | | | | | | | | |
| 3 | | 1 | 07/14/90 | RT | COLLECT MATERIALS TO BE USED | $225.00 | 0.25 | 0.00 | $56.25 | $56.25 |
| | | 9 13 | | | 980504112211055fa *Invoice-total:* | | 0.25 | 0.00 | **$56.25** | **$56.25** |
| | | | | | *File-total:* | | 2.25 | 0.00 | **$453.75** | **$453.75** |

Confidential

Liberty Mutu___ __roup
Dover NH
Swidler Berlin Shereff Friedman
New York NY

Client ___ ___122
Client Office ID: 1
Firm ID: 5490
Firm Office ID: 1

## *Legal*___ *d Inc.*
### AUDIT INVOICE DETAIL REPORT BY TASK
### QUESTIONABLE SECRETARIAL/ CLERICAL FUNCTIONS

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|-----------------|--------------------|--------|---------------------|

*Whitman, Massachusetts Facility*

*Invoice Date: 10/20/93*

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|-----------------|--------------------|--------|---------------------|
| 3 | 2 | | 09/10/93 | RT | telecopy to B. Beck forwarding redrafted letters to owners of affected wells." | $265.00 | 0.10 | 0.00 | $26.50 | $26.50 |
| | | 63 10 | | | 0303201122154901a *Invoice-total:* | | 0.10 | 0.00 | $26.50 | $26.50 |
| | | | | | *File-total:* | | 0.10 | 0.00 | $26.50 | $26.50 |
| | | | | | **Grand Total** | | | | **$643.75** | **$643.75** |