# EXHIBIT 20

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

## Legalgard Inc.
### AUDIT INVOICE DETAIL REPORT BY TASK
### QUESTIONABLE SECRETARIAL/ CLERICAL FUNCTIONS

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

**BOSTIK CLAIMS**

| No. | Blk SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| *Invoice Date: 03/27/95* | | | | | | | | | |
| 2 | 3 | 02/01/95 | ESW | DRAFTING LETTER TO B. CATTANEO FORWARDING ALL SUMMARY MATERIALS, CHARTS, ETC." | $155.00 | 0.25 | 0.00 | $38.75 | $38.75 |
| 4 | 2 | 02/02/95 | ESW | DRAFTING COVER LETTER TO LINDA B. FORWARDING KAFIN LETTER; | $155.00 | 0.25 | 0.00 | $38.75 | $38.75 |
| 2 9 | 9805041122110551a | *Invoice-total:* | | | | 0.50 | 0.00 | $77.50 | $77.50 |
| *Invoice Date: 05/16/95* | | | | | | | | | |
| 12 | 3 | 04/11/95 | ESW | DRAFTING COVER LETTER TO LINDA B. TO GO WITH PAYMENT LETTER TO BOSTIK." | $155.00 | 0.25 | 0.00 | $38.75 | $38.75 |
| 2 11 | 9805041122110551a | *Invoice-total:* | | | | 0.25 | 0.00 | $38.75 | $38.75 |
| *Invoice Date: 08/15/95* | | | | | | | | | |
| 2 | 1 | 07/11/95 | BLM | REVIEW FILE FOR INVOICES ON OBERURSEL." | $285.00 | 0.25 | 0.00 | $71.25 | $71.25 |
| 2 14 | 9805041122110551a | *Invoice-total:* | | | | 0.25 | 0.00 | $71.25 | $71.25 |
| *Invoice Date: 10/20/95* | | | | | | | | | |
| 10 | 3 | 09/20/95 | RRB | DRAFT LETTER TO L. BIAGIONI TRANSMITTING SAME [FINAL REVISIONS TO CHART]. | $70.00 | 0.50 | 0.00 | $35.00 | $35.00 |
| 12 | 2 | 09/21/95 | RRB | REVISE DRAFT LETTERS TO L. BIAGIONI TRANSMITTING SAME [FOURTH CLAIM AND REVISIONS TO CHART FOR FIRST THREE CLAIMS]." | $70.00 | 0.50 | 0.00 | $35.00 | $35.00 |
| 2 16 | 9805041122110551a | *Invoice-total:* | | | | 1.00 | 0.00 | $70.00 | $70.00 |
| | | | | *File-total:* | | 2.00 | 0.00 | $257.50 | $257.50 |

# EXHIBIT 21

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
ATTORNEYS PERFORMING PARALEGAL
FUNCTIONS

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| **BOSTIK CLAIMS** | | | | | | | | | | |
| *Invoice Date: 02/14/95* | | | | | | | | | | |
| 10 | 4 | | 01/17/95 | ESW | TELEPHONE CONFERENCES WITH R. GREBE RE STATUS, MEETING SCHEDULE, STRATEGY | $155.00 | 2.00 | 2.00 | $310.00 | $190.00 |
| 12 | 2 | | 01/18/95 | ESW | COMPLETING INDEX FOR SAME [CORRESPONDENCE BETWEEN BOSTIK AND BLACK & DECKER] | $155.00 | 1.50 | 1.50 | $232.50 | $142.50 |
| | | 2 8 | | | 9805041122110551a *Invoice-total:* | | 3.50 | 3.50 | **$542.50** | **$332.50** |
| *Invoice Date: 09/20/95* | | | | | | | | | | |
| 3 | 0 | | 08/03/95 | BSK | "FIND DOCUMENT REGARDING DESIGNATION OF SITE UNDER APPLICABLE ENVIRONMENTAL LAW, PER REQUEST OF B. MALTER." | $145.00 | 0.25 | 0.25 | $36.25 | $21.25 |
| | | 2 15 | | | 9805041122110551a *Invoice-total:* | | 0.25 | 0.25 | **$36.25** | **$21.25** |
| | | | | | *File-total:* | | 3.75 | 3.75 | **$578.75** | **$353.75** |

# EXHIBIT 22

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

## Legalgard Inc.
### AUDIT INVOICE DETAIL REPORT BY TASK
### PHOTOCOPY CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

**WHITMAN, MASSACHUSETTS FACILITY**

*Invoice Date: 08/01/89*

| 11 | 0 | | 07/31/89 | XXX | "PHOTOCOPY CHARGES" | $46.20 | 1.00 | 0.00 | $46.20 | $46.20 |
| | | 9 2 | | | 980504112210551a *Invoice-total:* | | **1.00** | **0.00** | **$46.20** | **$46.20** |

*Invoice Date: 09/18/89*

| 6 | 0 | | 08/22/89 | XXX | "PHOTOCOPY CHARGES" | $1.50 | 1.00 | 0.00 | $1.50 | $1.50 |
| | | 9 3 | | | 980504112210551a *Invoice-total:* | | **1.00** | **0.00** | **$1.50** | **$1.50** |

*Invoice Date: 11/30/89*

| 11 | 0 | | 10/30/89 | XXX | "PHOTOCOPY CHARGES" | $7.50 | 1.00 | 0.00 | $7.50 | $7.50 |
| | | 9 5 | | | 980504112210551a *Invoice-total:* | | **1.00** | **0.00** | **$7.50** | **$7.50** |

Confidential

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
PHOTOCOPY CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

### WHITMAN, MASSACHUSETTS FACILITY

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| **Invoice Date: 01/30/90** | | | | | | | | | | |
| 4 | 0 | | 12/15/89 | XXX | "PHOTOCOPY CHARGES" | $1.20 | 1.00 | 0.00 | $1.20 | $1.20 |
| | | 9 6 | 980504112211055 1e | | Invoice-total: | | 1.00 | 0.00 | $1.20 | $1.20 |
| **Invoice Date: 03/06/90** | | | | | | | | | | |
| 5 | 0 | | 02/27/90 | XXX | "PHOTOCOPY CHARGES" | $39.00 | 1.00 | 0.00 | $39.00 | $39.00 |
| | | 9 8 | 980504112211055 1e | | Invoice-total: | | 1.00 | 0.00 | $39.00 | $39.00 |
| **Invoice Date: 04/23/90** | | | | | | | | | | |
| 6 | 0 | | 03/31/90 | XXX | "PHOTOCOPY CHARGES" | $19.80 | 1.00 | 0.00 | $19.80 | $19.80 |
| | | 9 9 | 980504112211055 1e | | Invoice-total: | | 1.00 | 0.00 | $19.80 | $19.80 |
| **Invoice Date: 05/21/90** | | | | | | | | | | |
| 3 | 0 | | 04/25/90 | XXX | "PHOTOCOPY CHARGES" | $26.80 | 1.00 | 0.00 | $26.80 | $26.80 |
| | | 9 10 | 980504112211055 1e | | Invoice-total: | | 1.00 | 0.00 | $26.80 | $26.80 |
| **Invoice Date: 06/08/90** | | | | | | | | | | |
| 3 | 0 | | 09/07/90 | XXX | "PHOTOCOPY CHARGES" | $1.20 | 1.00 | 0.00 | $1.20 | $1.20 |
| | | 9 11 | 980504112211055 1e | | Invoice-total: | | 1.00 | 0.00 | $1.20 | $1.20 |
| **Invoice Date: 07/18/90** | | | | | | | | | | |
| 1 | 0 | | 07/16/90 | XXX | "PHOTOCOPY CHARGES" | $3.40 | 1.00 | 0.00 | $3.40 | $3.40 |
| | | 9 12 | 980504112211055 1e | | Invoice-total: | | 1.00 | 0.00 | $3.40 | $3.40 |
| **Invoice Date: 08/31/90** | | | | | | | | | | |
| 6 | 0 | | 07/16/90 | XXX | "PHOTOCOPY CHARGES" | $4.60 | 1.00 | 0.00 | $4.60 | $4.60 |
| | | 9 13 | 980504112211055 1e | | Invoice-total: | | 1.00 | 0.00 | $4.60 | $4.60 |
| **Invoice Date: 11/30/90** | | | | | | | | | | |
| 6 | 0 | | 10/18/90 | XXX | "PHOTOCOPY CHARGES" | $3.40 | 1.00 | 0.00 | $3.40 | $3.40 |
| | | 9 16 | 980504112211055 1e | | Invoice-total: | | 1.00 | 0.00 | $3.40 | $3.40 |

Confidential

**Liberty Mutual Group**
Dover NJ
Swidler & Berlin
Washington, DC

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
PHOTOCOPY CHARGES

### WHITMAN, MASSACHUSETTS FACILITY

| No. | Blk | SEQ | Date | Init. | Description | | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Invoice Date: 12/31/90* | | | | | | | | | | | |
| 17 | 0 | | 11/29/90 | XXX | "XEROX" | | $8.40 | 1.00 | 0.00 | $8.40 | $8.40 |
| | | | | | 9 17 | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | $8.40 | $8.40 |
| *Invoice Date: 01/07/91* | | | | | | | | | | | |
| 13 | 0 | | 12/20/90 | XXX | "XEROX" | | $5.00 | 1.00 | 0.00 | $5.00 | $5.00 |
| | | | | | 9 18 | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | $5.00 | $5.00 |
| *Invoice Date: 03/29/91* | | | | | | | | | | | |
| 13 | 0 | | 02/01/91 | XXX | "XEROX" | | $16.20 | 1.00 | 0.00 | $16.20 | $16.20 |
| | | | | | 9 19 | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | $16.20 | $16.20 |
| *Invoice Date: 04/30/91* | | | | | | | | | | | |
| 15 | 0 | | 03/21/91 | XXX | "XEROX" | | $4.20 | 1.00 | 0.00 | $4.20 | $4.20 |
| | | | | | 9 20 | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | $4.20 | $4.20 |
| *Invoice Date: 05/18/91* | | | | | | | | | | | |
| 9 | 0 | | 05/18/91 | XXX | "XEROX" | | $57.80 | 1.00 | 0.00 | $57.80 | $57.80 |
| | | | | | 9 22 | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | $57.80 | $57.80 |
| *Invoice Date: 07/24/91* | | | | | | | | | | | |
| 4 | 0 | | 06/17/91 | XXX | "XEROX" | | $0.60 | 1.00 | 0.00 | $.60 | $.60 |
| | | | | | 9 23 | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | $.60 | $.60 |
| *Invoice Date: 09/20/91* | | | | | | | | | | | |
| 2 | 0 | | 09/20/91 | XXX | "XEROX" | | $0.80 | 1.00 | 0.00 | $.80 | $.80 |
| | | | | | 9 25 | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | $.80 | $.80 |
| *Invoice Date: 11/29/91* | | | | | | | | | | | |
| 9 | 0 | | 10/28/91 | XXX | "XEROX" | | $2.00 | 1.00 | 0.00 | $2.00 | $2.00 |
| | | | | | 9 27 | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | $2.00 | $2.00 |

Confidential

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
PHOTOCOPY CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

### WHITMAN, MASSACHUSETTS FACILITY

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| *Invoice Date: 022692* | | | | | | | | | | |
| 4 | 0 | | 01/29/92 | XXX | "XEROX" | $0.40 | 1.00 | 0.00 | $.40 | $.40 |
| | | | 9 29 | | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | $0.40 | $0.40 |
| *Invoice Date: 032492* | | | | | | | | | | |
| 8 | 0 | | 02/27/92 | XXX | "XEROX" | $0.40 | 1.00 | 0.00 | $.40 | $.40 |
| | | | 9 30 | | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | $0.40 | $0.40 |
| *Invoice Date: 043092* | | | | | | | | | | |
| 4 | 0 | | 03/18/92 | XXX | "XEROX" | $1.00 | 1.00 | 0.00 | $1.00 | $1.00 |
| | | | 9 31 | | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | $1.00 | $1.00 |
| *Invoice Date: 102692* | | | | | | | | | | |
| 3 | 0 | | 10/26/92 | XXX | "XEROX" | $17.20 | 1.00 | 0.00 | $17.20 | $17.20 |
| | | | 9 35 | | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | $17.20 | $17.20 |
| *Invoice Date: 051695* | | | | | | | | | | |
| 2 | 0 | | 04/27/95 | XXX | "PHOTOCOPY & PRINTING" | $1.20 | 1.00 | 0.00 | $1.20 | $1.20 |
| | | | 9 39 | | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | $1.20 | $1.20 |
| | | | | | *File-total:* | | 24.00 | 0.00 | $269.80 | $269.80 |

Confidential

Liberty Mutl... ..roup
Dover NH
Swidler Berlin Shereff Friedman
New York NY

**Legal... .d Inc.**
**AUDIT INVOICE DETAIL REPORT BY TASK**
**PHOTOCOPY CHARGES**

Client    I122
Client Office ID: 1
Firm ID: 5490
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Billed Rate | Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|-------------|-----------|---------------------|--------|---------------------|

**Whitman, Massachusetts Facility**

*Invoice Date: 09/29/92*

| 15 | 0 | 08/27/92 | XXX | "Xerox" | $7.00 | 1.00 | 0.00 | $7.00 | $7.00 |
| | | 63 2 | | 0303201122154901a  *Invoice-total:* | | 1.00 | 0.00 | $7.00 | $7.00 |

*Invoice Date: 1/22/92*

| 7 | 0 | 11/16/92 | XXX | "Photocopy & Printing" | $3.20 | 1.00 | 0.00 | $3.20 | $3.20 |
| | | 63 3 | | 0303201122154901a  *Invoice-total:* | | 1.00 | 0.00 | $3.20 | $3.20 |

*Invoice Date: 09/28/93*

| 5 | 0 | 08/31/93 | XXX | "Photocopy & Printing PRINTING FOR THE MONTH OF AUGUST, 1993" | $0.20 | 1.00 | 0.00 | $.20 | $.20 |
| | | 63 9 | | 0303201122154901a  *Invoice-total:* | | 1.00 | 0.00 | $0.20 | $0.20 |

Liberty Mut  Group
Dover NH
Swidler Berlin Shereff Friedman
New York NY

**Legal_  rd Inc.**
**AUDIT INVOICE DETAIL REPORT BY TASK**
**PHOTOCOPY CHARGES**

Clien.  1122
Client Office ID: 1
Firm ID: 5490
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

*Whitman, Massachusetts Facility*

Invoice Date: 10/20/93

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 7 | 0 | | 09/30/93 | XXX | "Photocopy & Printing XEROX CHARGE FOR THE MONTH OF SEPTEMBER 1993" | $4.80 | 1.00 | 0.00 | $4.80 | $4.80 |
| 9 | 0 | | 09/30/93 | XXX | "Photocopy & Printing PRINTING FOR THE MONTH OF SEPTEMBER, 1993" | $8.60 | 1.00 | 0.00 | $8.60 | $8.60 |
| | | 63 10 | | | 03032011221154901a  *Invoice-total:* | | 2.00 | 0.00 | $13.40 | $13.40 |

Invoice Date: 12/23/93

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 11 | 0 | | 11/30/93 | XXX | "Photocopy & Printing XEROX CHARGE FOR THE MONTH OF NOVEMBER 1993" | $8.00 | 1.00 | 0.00 | $8.00 | $8.00 |
| | | 63 12 | | | 03032011221154901a  *Invoice-total:* | | 1.00 | 0.00 | $8.00 | $8.00 |
| | | | | | *File-total:* | | 6.00 | 0.00 | $31.80 | $31.80 |

# EXHIBIT 23

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
PHOTOCOPY CHARGES

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

Client ID: **1122**
Client Office ID: **1**
Firm ID: **1055**
Firm Office ID: **1**

**BOSTIK CLAIMS**

| No. | Blk | SEQ | Date | Init. | Description | Billed Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| *Invoice Date: 12/22/94* | | | | | | | | | | |
| 15 | 0 | | 11/28/94 | XXX | "PHOTOCOPY CHARGES" | 1,740.08 | 1.00 | 0.00 | $1,740.08 | $1,740.08 |
| 17 | 0 | | 11/28/94 | XXX | "PHOTOCOPY & PRINTING" | $36.40 | 1.00 | 0.00 | $36.40 | $36.40 |
| | | 2 6 | | | 980504112211055 1a | *Invoice-total:* | 2.00 | 0.00 | **$1,776.48** | **$1,776.48** |
| *Invoice Date: 01/23/95* | | | | | | | | | | |
| 9 | 0 | | 12/22/94 | XXX | "PHOTOCOPY & PRINTING" | $480.20 | 1.00 | 0.00 | $480.20 | $480.20 |
| | | 2 7 | | | 980504112211055 1a | *Invoice-total:* | 1.00 | 0.00 | **$480.20** | **$480.20** |

Page 202 of 347

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

## Legalgard Inc.
### AUDIT INVOICE DETAIL REPORT BY TASK
### PHOTOCOPY CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

**BOSTIK CLAIMS**

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| 35 | 0 | | 01/31/95 | XXX | "PHOTOCOPY & PRINTING" 2 8 9805041122110551a | $188.00 | 1.00 | 0.00 | $188.00 | $188.00 |
| | | | Invoice Date: 02/14/95 | | | Invoice-total: | | | $188.00 | $188.00 |
| 29 | 0 | | 02/27/95 | XXX | "PHOTOCOPY & PRINTING" 2 9 9805041122110551a | $606.00 | 1.00 | 0.00 | $606.00 | $606.00 |
| | | | Invoice Date: 03/27/95 | | | Invoice-total: | | | $606.00 | $606.00 |
| 28 | 0 | | 03/28/95 | XXX | "PHOTOCOPY & PRINTING" 2 10 9805041122110551a | $84.60 | 1.00 | 0.00 | $84.60 | $84.60 |
| | | | Invoice Date: 04/19/95 | | | Invoice-total: | | | $84.60 | $84.60 |
| 30 | 0 | | 04/28/95 | XXX | "PHOTOCOPY & PRINTING" 2 11 9805041122110551a | $47.80 | 1.00 | 0.00 | $47.80 | $47.80 |
| | | | Invoice Date: 05/16/95 | | | Invoice-total: | | | $47.80 | $47.80 |
| 15 | 0 | | 05/31/95 | XXX | "PHOTOCOPY & PRINTING" 2 12 9805041122110551a | $115.80 | 1.00 | 0.00 | $115.80 | $115.80 |
| | | | Invoice Date: 06/22/95 | | | Invoice-total: | | | $115.80 | $115.80 |
| 12 | 0 | | 06/19/95 | XXX | "PHOTOCOPY & PRINTING" 2 13 9805041122110551a | $28.00 | 1.00 | 0.00 | $28.00 | $28.00 |
| | | | Invoice Date: 07/22/95 | | | Invoice-total: | | | $28.00 | $28.00 |
| 11 | 0 | | 07/31/95 | XXX | "PHOTOCOPY & PRINTING" 2 14 9805041122110551a | $31.80 | 1.00 | 0.00 | $31.80 | $31.80 |
| | | | Invoice Date: 08/15/95 | | | Invoice-total: | | | $31.80 | $31.80 |
| 20 | 0 | | 08/31/95 | XXX | "PHOTOCOPY & PRINTING" 2 15 9805041122110551a | $63.00 | 1.00 | 0.00 | $63.00 | $63.00 |
| | | | Invoice Date: 09/20/95 | | | Invoice-total: | | | $63.00 | $63.00 |

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
PHOTOCOPY CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

**BOSTIK CLAIMS**

| No. | Blk SEQ | Date | Init. | Description | | Billed Rate | Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 0 | 09/06/95 | XXX | 2 16 | "PHOTOCOPY & PRINTING" 980504112211055ta | 1.00 | | 0.00 | $26.60 | $26.60 |
| Invoice Date: 10/20/95 | | | | | *Invoice-total:* | | | | $26.60 | $26.60 |
| 8 | 0 | 10/30/95 | XXX | 2 17 | "PHOTOCOPY & PRINTING" 980504112211055ta | 1.00 | | 0.00 | $8.40 | $8.40 |
| Invoice Date: 11/1795 | | | | | *Invoice-total:* | | | | $8.40 | $8.40 |
| 6 | 0 | 11/30/95 | XXX | 2 18 | "PHOTOCOPY & PRINTING" 980504112211055ta | 1.00 | | 0.00 | $8.00 | $8.00 |
| Invoice Date: 12/19/95 | | | | | *Invoice-total:* | | | | $8.00 | $8.00 |
| 5 | 0 | 02/20/95 | XXX | 2 19 | "PHOTOCOPY & PRINTING" 980504112211055ta | 1.00 | | 0.00 | $2.00 | $2.00 |
| Invoice Date: 01/29/96 | | | | | *Invoice-total:* | | | | $2.00 | $2.00 |
| 6 | 0 | 01/31/96 | XXX | 2 20 | "PHOTOCOPY & PRINTING" 980504112211055ta | 1.00 | | 0.00 | $3.40 | $3.40 |
| Invoice Date: 02/14/96 | | | | | *Invoice-total:* | | | | $3.40 | $3.40 |
| 5 | 0 | 02/13/96 | XXX | 2 21 | "PHOTOCOPY & PRINTING" 980504112211055ta | 1.00 | | 0.00 | $4.80 | $4.80 |
| Invoice Date: 03/22/96 | | | | | *Invoice-total:* | | | | $4.80 | $4.80 |
| 4 | 0 | 03/18/96 | XXX | 2 22 | "PHOTOCOPY & PRINTING" 980504112211055ta | 1.00 | | 0.00 | $2.60 | $2.60 |
| Invoice Date: 04/18/96 | | | | | *Invoice-total:* | | | | $2.60 | $2.60 |
| 19 | 0 | 04/30/96 | XXX | 2 23 | "PHOTOCOPY & PRINTING" 980504112211055ta | 1.00 | | 0.00 | $36.60 | $36.60 |
| Invoice Date: 05/20/96 | | | | | *Invoice-total:* | | | | $36.60 | $36.60 |

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
PHOTOCOPY CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

**BOSTIK CLAIMS**

*Invoice Date: 07/23/96*

| No. | Blk | SEQ | Date | Init. | Description | Billed Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|-------------|------------------|---------------------|--------|---------------------|
| 31 | 0 | | 06/18/96 | XXX | "PHOTOCOPY & PRINTING" | | | | | |
| | | | | | 2 24   9805041122110551a | $32.60 | 1.00 | 0.00 | $32.60 | $32.60 |

*Invoice-total:*  $32.60  1.00  0.00  $32.60  $32.60

*File-total:*  26.00  0.00  $4,063.28  $4,063.28

*Legal_ rd Inc.*

**AUDIT INVOICE DETAIL REPORT BY TASK**

**PHOTOCOPY CHARGES**

Liberty Mut   Group
Dover NH
Swidler Berlin Shereff Friedman
New York NY

Clien     **1122**
Client Office ID: 1
Firm ID: **5490**
Firm Office ID: 1

*Bostik Claims*       ......

| No. | Blk SEQ | Date | Init. | Description | Billed Rate | Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

*Invoice Date: 06/20/96*

8    0    05/31/96      XXX    "Photocopy & Printing Printing for the month ending
05-31-96"

61 5            03032011221549011a   *Invoice-total:*

*File-total:*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | $0.80 | 1.00 | 0.00 | $0.80 | $.80 |
| | | | | | | 1.00 | 0.00 | $0.80 | $.80 |
| | | | | | | 6.00 | 0.00 | $1,743.60 | $0.80 |
| | | | | | | 6.00 | 0.00 | $1,743.60 | $1,743.60 |

# EXHIBIT 24

**Liberty Mutual Group**
Dover NJ
Swidler & Berlin
Washington, DC

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
FAX /TELECOPIER CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

**WHITMAN, MASSACHUSETTS FACILITY**

Invoice Date: 07/26/89

| 24 | 0 | | 06/30/89 | XXX | "TELEPHONE/TELEXES" | $13.14 | 1.00 | 0.00 | $13.14 | $13.14 |
| | | 9 1 | | | 9805041122110551a  *Invoice-total:* | | 1.00 | 0.00 | $13.14 | $13.14 |

Invoice Date: 09/18/89

| 7 | 0 | | 08/22/89 | XXX | "TELEPHONE/TELEXES" | $27.87 | 1.00 | 0.00 | $27.87 | $27.87 |
| | | 9 3 | | | 9805041122110551a  *Invoice-total:* | | 1.00 | 0.00 | $27.87 | $27.87 |

Invoice Date: 10/06/89

| 10 | 0 | | 09/27/89 | XXX | "TELEPHONE/TELEXES" | $24.61 | 1.00 | 0.00 | $24.61 | $24.61 |
| | | 9 4 | | | 9805041122110551a  *Invoice-total:* | | 1.00 | 0.00 | $24.61 | $24.61 |

Confidential

**Liberty Mutual Group**
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
FAX /TELECOPIER CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|---|------|------------------|---------------------|--------|---------------------|

**WHITMAN, MASSACHUSETTS FACILITY**

*Invoice Date: 11/30/89*

| 12 | 0 | | 10/30/89 | XXX | "TELEPHONE/TELEXES" | | $16.07 | 1.00 | 0.00 | $16.07 | $16.07 |
| | | 9 5 | | | 980504112211D551a | *Invoice-total:* | | 1.00 | 0.00 | **$16.07** | **$16.07** |

*Invoice Date: 01/30/90*

| 5 | 0 | | 12/15/89 | XXX | "TELEPHONE/TELEXES" | | $4.78 | 1.00 | 0.00 | $4.78 | $4.78 |
| | | 9 6 | | | 980504112211D551a | *Invoice-total:* | | 1.00 | 0.00 | **$4.78** | **$4.78** |

*Invoice Date: 02/27/90*

| 2 | 0 | | 01/08/90 | XXX | "TELEPHONE/TELEXES" | | $3.60 | 1.00 | 0.00 | $3.60 | $3.60 |
| | | 9 7 | | | 980504112211D551a | *Invoice-total:* | | 1.00 | 0.00 | **$3.60** | **$3.60** |

*Invoice Date: 03/06/90*

| 6 | 0 | | 02/27/90 | XXX | "TELEPHONE/TELEXES" | | $6.93 | 1.00 | 0.00 | $6.93 | $6.93 |
| | | 9 8 | | | 980504112211D551a | *Invoice-total:* | | 1.00 | 0.00 | **$6.93** | **$6.93** |

*Invoice Date: 04/23/90*

| 8 | 0 | | 03/31/90 | XXX | "TELEPHONE/TELEXES" | | $3.49 | 1.00 | 0.00 | $3.49 | $3.49 |
| | | 9 9 | | | 980504112211D551a | *Invoice-total:* | | 1.00 | 0.00 | **$3.49** | **$3.49** |

*Invoice Date: 05/21/90*

| 5 | 0 | | 04/25/90 | XXX | "TELEPHONE/TELEXES" | | $4.83 | 1.00 | 0.00 | $4.83 | $4.83 |
| | | 9 10 | | | 980504112211D551a | *Invoice-total:* | | 1.00 | 0.00 | **$4.83** | **$4.83** |

*Invoice Date: 06/08/90*

| 4 | 0 | | 09/07/90 | XXX | "TELEPHONE/TELEXES" | | $4.16 | 1.00 | 0.00 | $4.16 | $4.16 |
| | | 9 11 | | | 980504112211D551a | *Invoice-total:* | | 1.00 | 0.00 | **$4.16** | **$4.16** |

*Invoice Date: 08/31/90*

| 7 | 0 | | 07/16/90 | XXX | "TELEPHONE/TELEXES" | | $1.92 | 1.00 | 0.00 | $1.92 | $1.92 |
| | | 9 13 | | | 980504112211D551a | *Invoice-total:* | | 1.00 | 0.00 | **$1.92** | **$1.92** |

**Liberty Mutual Group**
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
FAX /TELECOPIER CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

### WHITMAN, MASSACHUSETTS FACILITY

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| *Invoice Date: 09/30/90* | | | | | | | | | | |
| 1 | 0 | 09/30/90 | | XXX | "TELEPHONE/TELEXES" | $13.14 | 1.00 | 0.00 | $13.14 | $13.14 |
| | | 9 14 | | | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | **$13.14** | **$13.14** |
| *Invoice Date: 11/30/90* | | | | | | | | | | |
| 7 | 0 | 10/18/90 | | XXX | "TELEPHONE/TELEXES" | $21.58 | 1.00 | 0.00 | $21.58 | $21.58 |
| | | 9 16 | | | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | **$21.58** | **$21.58** |
| *Invoice Date: 12/31/90* | | | | | | | | | | |
| 16 | 0 | 11/29/90 | | XXX | "TELEPHONE/TELEXES" | $5.08 | 1.00 | 0.00 | $5.08 | $5.08 |
| | | 9 17 | | | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | **$5.08** | **$5.08** |
| *Invoice Date: 01/07/91* | | | | | | | | | | |
| 12 | 0 | 12/20/90 | | XXX | "TELEPHONE/TELEXES" | $15.26 | 1.00 | 0.00 | $15.26 | $15.26 |
| | | 9 18 | | | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | **$15.26** | **$15.26** |
| *Invoice Date: 03/29/91* | | | | | | | | | | |
| 12 | 0 | 02/01/91 | | XXX | "TELEPHONE/TELEXES" | $41.88 | 1.00 | 0.00 | $41.88 | $41.88 |
| | | 9 19 | | | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | **$41.88** | **$41.88** |
| *Invoice Date: 04/30/91* | | | | | | | | | | |
| 14 | 0 | 03/21/91 | | XXX | "TELEPHONE/TELEXES" | $30.78 | 1.00 | 0.00 | $30.78 | $30.78 |
| | | 9 20 | | | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | **$30.78** | **$30.78** |
| *Invoice Date: 05/22/91* | | | | | | | | | | |
| 8 | 0 | 04/30/91 | | XXX | "TELEPHONE/TELEXES" | $38.05 | 1.00 | 0.00 | $38.05 | $38.05 |
| | | 9 21 | | | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | **$38.05** | **$38.05** |
| *Invoice Date: 06/18/91* | | | | | | | | | | |
| 8 | 0 | 05/18/91 | | XXX | "TELEPHONE TELEXES" | $29.24 | 1.00 | 0.00 | $29.24 | $29.24 |
| | | 9 22 | | | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | **$29.24** | **$29.24** |

Confidential

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
FAX /TELECOPIER CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| **WHITMAN, MASSACHUSETTS FACILITY** | | | | | | | | | | |
| *Invoice Date: 07/24/91* | | | | | | | | | | |
| 3 | 0 | | 06/17/91 | XXX | "TELEPHONE/TELEXES" | $22.26 | 1.00 | 0.00 | $22.26 | $22.26 |
| | 9 | 23 | | | 9805041122110551a  *Invoice-total:* | | **1.00** | **0.00** | **$22.26** | **$22.26** |
| *Invoice Date: 08/29/91* | | | | | | | | | | |
| 3 | 0 | | 07/16/91 | XXX | "TELEPHONE/TELEXES" | $15.84 | 1.00 | 0.00 | $15.84 | $15.84 |
| | 9 | 24 | | | 9805041122110551a  *Invoice-total:* | | **1.00** | **0.00** | **$15.84** | **$15.84** |
| *Invoice Date: 09/20/91* | | | | | | | | | | |
| 1 | 0 | | 09/20/91 | XXX | "TELEPHONE/TELEXES" | $8.58 | 1.00 | 0.00 | $8.58 | $8.58 |
| | 9 | 25 | | | 9805041122110551a  *Invoice-total:* | | **1.00** | **0.00** | **$8.58** | **$8.58** |
| *Invoice Date: 11/29/91* | | | | | | | | | | |
| 8 | 0 | | 10/28/91 | XXX | "TELEPHONE/TELEXES" | $16.50 | 1.00 | 0.00 | $16.50 | $16.50 |
| | 9 | 27 | | | 9805041122110551a  *Invoice-total:* | | **1.00** | **0.00** | **$16.50** | **$16.50** |
| *Invoice Date: 02/28/92* | | | | | | | | | | |
| 3 | 0 | | 01/29/92 | XXX | "TELEPHONE/TELEXES" | $10.59 | 1.00 | 0.00 | $10.59 | $10.59 |
| | 9 | 29 | | | 9805041122110551a  *Invoice-total:* | | **1.00** | **0.00** | **$10.59** | **$10.59** |
| *Invoice Date: 03/24/92* | | | | | | | | | | |
| 7 | 0 | | 02/27/92 | XXX | "TELEPHONE/TELEXES" | $41.03 | 1.00 | 0.00 | $41.03 | $41.03 |
| | 9 | 30 | | | 9805041122110551a  *Invoice-total:* | | **1.00** | **0.00** | **$41.03** | **$41.03** |
| *Invoice Date: 04/30/92* | | | | | | | | | | |
| 3 | 0 | | 03/18/92 | XXX | "TELEPHONE/TELEXES" | $36.00 | 1.00 | 0.00 | $36.00 | $36.00 |
| | 9 | 31 | | | 9805041122110551a  *Invoice-total:* | | **1.00** | **0.00** | **$36.00** | **$36.00** |
| *Invoice Date: 05/27/92* | | | | | | | | | | |
| 3 | 0 | | 04/30/92 | XXX | "TELEPHONE/TELEXES" | $2.83 | 1.00 | 0.00 | $2.83 | $2.83 |
| | 9 | 32 | | | 9805041122110551a  *Invoice-total:* | | **1.00** | **0.00** | **$2.83** | **$2.83** |

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
FAX /TELECOPIER CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| *WHITMAN, MASSACHUSETTS FACILITY* | | | | | | | | | | |
| *Invoice Date: 10/26/92* | | | | | | | | | | |
| 2 | 0 | | 10/26/92 | XXX | "TELEPHONE/TELEXES " | $14.85 | 1.00 | 0.00 | $14.85 | $14.85 |
| | | 9 35 | | | 9805041122110551a | | | | | |
| | | | | | *Invoice-total:* | | 1.00 | 0.00 | $14.85 | $14.85 |
| *Invoice Date: 062993* | | | | | | | | | | |
| 2 | 0 | | 05/19/93 | XXX | "TELEPHONE/TELEXES" | $4.81 | 1.00 | 0.00 | $4.81 | $4.81 |
| | | 9 36 | | | 9805041122110551a | | | | | |
| | | | | | *Invoice-total:* | | 1.00 | 0.00 | $4.81 | $4.81 |
| *Invoice Date: 092794* | | | | | | | | | | |
| 5 | 0 | | 08/30/94 | XXX | "TELEPHONE/TELEXES" | $0.29 | 1.00 | 0.00 | $0.29 | $0.29 |
| | | 9 37 | | | 9805041122110551a | | | | | |
| | | | | | *Invoice-total:* | | 1.00 | 0.00 | $0.29 | $0.29 |
| | | | | | *File-total:* | | 30.00 | 0.00 | $479.99 | $479.99 |

Confidential

**Liberty Mut  Group**
**Dover NH**
**Swidler Berlin Shereff Friedman**
**New York NY**

*Legal  rd Inc.*
**AUDIT INVOICE DETAIL REPORT BY TASK**
**FAX /TELECOPIER CHARGES**

Clien.  1122
Client Office ID: 1
Firm ID: 5490
Firm Office ID: 1

### Whitman, Massachusetts Facility

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| *Invoice Date: 09/29/92* | | | | | | | | | | |
| 14 | 0 | | 08/27/92 | XXX | ""Telephone/Telexes"" | $6.38 | 1.00 | 0.00 | $6.38 | $6.38 |
| | | 63 2 | | | 030320112215490<i>1a</i>  *Invoice-total:* | | 1.00 | 0.00 | **$6.38** | **$6.38** |
| *Invoice Date: 12/22/92* | | | | | | | | | | |
| 8 | 0 | | 11/16/92 | XXX | ""Telephone/Telexes"" | $1.19 | 1.00 | 0.00 | $1.19 | $1.19 |
| | | 63 3 | | | 030320112215490<i>1a</i>  *Invoice-total:* | | 1.00 | 0.00 | **$1.19** | **$1.19** |
| *Invoice Date: 01/29/93* | | | | | | | | | | |
| 3 | 0 | | 12/23/92 | XXX | ""Telephone/Telexes"" | $14.21 | 1.00 | 0.00 | $14.21 | $14.21 |
| | | 63 4 | | | 030320112215490<i>1a</i>  *Invoice-total:* | | 1.00 | 0.00 | **$14.21** | **$14.21** |
| *Invoice Date: 02/25/93* | | | | | | | | | | |
| 3 | 0 | | 01/31/93 | XXX | ""Telephone/Telexes"" | $8.91 | 1.00 | 0.00 | $8.91 | $8.91 |
| | | 63 5 | | | 030320112215490<i>1a</i>  *Invoice-total:* | | 1.00 | 0.00 | **$8.91** | **$8.91** |
| *Invoice Date: 04/30/93* | | | | | | | | | | |
| 4 | 0 | | 03/19/93 | XXX | ""Telephone/Telexes"" | $23.28 | 1.00 | 0.00 | $23.28 | $23.28 |
| | | 63 7 | | | 030320112215490<i>1a</i>  *Invoice-total:* | | 1.00 | 0.00 | **$23.28** | **$23.28** |
| *Invoice Date: 05/31/93* | | | | | | | | | | |
| 4 | 0 | | 04/27/93 | XXX | ""Telephone/Telexes"" | $7.88 | 1.00 | 0.00 | $7.88 | $7.88 |
| | | 63 8 | | | 030320112215490<i>1a</i>  *Invoice-total:* | | 1.00 | 0.00 | **$7.88** | **$7.88** |
| | | | | | *File-total:* | | 6.00 | 0.00 | **$61.85** | **$61.85** |

# EXHIBIT 25

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
FAX /TELECOPIER CHARGES

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

**BOSTIK CLAIMS**

| No. | Blk | SEQ | Date | Init. | Description | Billed Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|-------------|------------------|---------------------|--------|---------------------|
| 19 | 0 | | 11/28/94 | XXX | "TELEPHONE/TELEXES" | | 1.00 | 0.00 | $17.39 | $17.39 |
| | | | | | *Invoice Date: 12/22/94* | | | | | |
| | | 2 6 | | | *980504112211055ta  Invoice-total:* | $17.39 | 1.00 | 0.00 | $17.39 | $17.39 |
| 36 | 0 | | 01/31/95 | XXX | "TELEPHONE/TELEXES" | | 1.00 | 0.00 | $46.19 | $46.19 |
| | | | | | *Invoice Date: 02/14/95* | | | | | |
| | | 2 8 | | | *980504112211055ta  Invoice-total:* | $46.19 | 1.00 | 0.00 | $46.19 | $46.19 |
| 31 | 0 | | 02/27/95 | XXX | "TELEPHONE/TELEXES" | | 1.00 | 0.00 | $22.38 | $22.38 |
| | | | | | *Invoice Date: 03/27/95* | | | | | |
| | | 2 9 | | | *980504112211055ta  Invoice-total:* | $22.38 | 1.00 | 0.00 | $22.38 | $22.38 |
| 30 | 0 | | 03/28/95 | XXX | "TELEPHONE/TELEXES" | | 1.00 | 0.00 | $33.42 | $33.42 |
| | | | | | *Invoice Date: 04/19/95* | | | | | |
| | | 2 10 | | | *980504112211055ta  Invoice-total:* | $33.42 | 1.00 | 0.00 | $33.42 | $33.42 |

## Legalgard Inc.
### AUDIT INVOICE DETAIL REPORT BY TASK
### FAX /TELECOPIER CHARGES

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

**BOSTIK CLAIMS**

| No. | Blk SEQ | Date | Init. | Description | Billed Rate Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|
| 32 | 0 | 04/28/95 | XXX | "TELEPHONE/TELEXES" 2 11 9805041122110551a | $26.34 | 1.00 | 0.00 | $26.34 | $26.34 |
| | | | | *Invoice Date: 05/16/95* | *Invoice-total:* | | | $26.34 | $26.34 |
| 18 | 0 | 05/31/95 | XXX | "TELEPHONE/TELEXES" 2 12 9805041122110551a | $29.09 | 1.00 | 0.00 | $29.09 | $29.09 |
| | | | | *Invoice Date: 06/20/95* | *Invoice-total:* | | | $29.09 | $29.09 |
| 14 | 0 | 06/19/95 | XXX | "TELEPHONE/TELEXES" 2 13 9805041122110551a | $17.74 | 1.00 | 0.00 | $17.74 | $17.74 |
| | | | | *Invoice Date: 07/20/95* | *Invoice-total:* | | | $17.74 | $17.74 |
| 13 | 0 | 07/31/95 | XXX | "TELEPHONE/TELEXES" 2 14 9805041122110551a | $26.05 | 1.00 | 0.00 | $26.05 | $26.05 |
| | | | | *Invoice Date: 08/15/95* | *Invoice-total:* | | | $26.05 | $26.05 |
| 22 | 0 | 08/31/95 | XXX | "TELEPHONE/TELEXES" 2 15 9805041122110551a | $124.87 | 1.00 | 0.00 | $124.87 | $124.87 |
| | | | | *Invoice Date: 09/20/95* | *Invoice-total:* | | | $124.87 | $124.87 |
| 10 | 0 | 10/30/95 | XXX | "TELEPHONE/TELEXES" 2 17 9805041122110551a | $35.15 | 1.00 | 0.00 | $35.15 | $35.15 |
| | | | | *Invoice Date: 11/17/95* | *Invoice-total:* | | | $35.15 | $35.15 |
| 8 | 0 | 11/30/95 | XXX | "TELEPHONE/TELEXES" 2 18 9805041122110551a | $6.90 | 1.00 | 0.00 | $6.90 | $6.90 |
| | | | | *Invoice Date: 12/19/95* | *Invoice-total:* | | | $6.90 | $6.90 |
| 6 | 0 | 02/20/95 | XXX | "TELEPHONE/TELEXES" 2 19 9805041122110551a | $16.14 | 1.00 | 0.00 | $16.14 | $16.14 |
| | | | | *Invoice Date: 01/29/96* | *Invoice-total:* | | | $16.14 | $16.14 |

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

## Legalgard Inc.
### AUDIT INVOICE DETAIL REPORT BY TASK
### FAX /TELECOPIER CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

## BOSTIK CLAIMS

| No. | Blk | SEQ | Date | Init. | Description | Billed Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 0 | 2 21 | 02/13/96 | XXX | "TELEPHONE/TELEXES" | $4.59 | 1.00 | 0.00 | $4.59 | $4.59 |

*Invoice Date: 03/22/96*

| | | | | | | Invoice-total: | | | $4.59 | $4.59 |

| 6 | 0 | 2 22 | 03/18/96 | XXX | "TELEPHONE/TELEXES" 98050411221110551a | $5.00 | 1.00 | 0.00 | $5.00 | $5.00 |

*Invoice Date: 04/18/96*

| | | | | | | Invoice-total: | | | $5.00 | $5.00 |

| 20 | 0 | 2 23 | 04/30/96 | XXX | "TELEPHONE/TELEXES" 98050411221110551a | $4.94 | 1.00 | 0.00 | $4.94 | $4.94 |

*Invoice Date: 05/20/96*

| | | | | | | Invoice-total: | | | $4.94 | $4.94 |

| 34 | 0 | 2 24 | 06/18/96 | XXX | "TELEPHONE/TELEXES" 98050411221110551a | $0.40 | 1.00 | 0.00 | $.40 | $.40 |

*Invoice Date: 07/23/96*

| | | | | | | Invoice-total: | | | $.40 | $.40 |

| 4 | 0 | 2 25 | 10/18/96 | XXX | "TELEPHONE/TELEXES" 98050411221110551a | $0.70 | 1.00 | 0.00 | $.70 | $.70 |

*Invoice Date: 11/20/96*

| | | | | | | Invoice-total: | | | $.70 | $.70 |

| 2 | 0 | 2 28 | 05/20/97 | XXX | "TELEPHONE/TELEXES" 98050411221110551a | $0.10 | 1.00 | 0.00 | $.10 | $.10 |

*Invoice Date: 05/30/97*

| | | | | | | Invoice-total: | | | $.10 | $.10 |

| | | | | | | File-total: | 22.00 | 0.00 | $528.17 | $528.17 |