# EXHIBIT 26

Liberty Mutս. Group
Dover NH
Swidler Berlin Shereff Friedman
New York NY

*Legal₅...rd Inc.*

AUDIT INVOICE DETAIL REPORT BY TASK

TELEPHONE CHARGES

Clienս  1122
Client Office ID: 1
Firm ID: 5490
Firm Office ID: 1

| No. | Blk SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|---------|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 6 | 0 | 09/30/93 | XXX | "Telephone TELEPHONE CHARGES FOR THE MONTH OF SEPTEMBER, 1993" | $8.04 | 1.00 | 0.00 | $8.04 | $8.04 |
| | | | | 63 10    0303201122154901a  *Invoice-total:* | | 1.00 | 0.00 | $8.04 | $8.04 |

*Whitman, Massachusetts Facility*

Invoice Date: 10/20/93

Liberty Mut. ᵌroup
Dover NH
Swidler Berlin Shereff Friedman
New York NY

*Legalₑᵣᵈ rd Inc.*

## AUDIT INVOICE DETAIL REPORT BY TASK
## TELEPHONE CHARGES

Clien. **1122**
Client Office ID: **1**
Firm ID: **5490**
Firm Office ID: **1**

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| *Whitman, Massachusetts Facility* | | | | | | | | | | |
| *Invoice Date: 11/17/93* | | | | | | | | | | |
| 5 | | 0 | 10/31/93 | XXX | "Telephone TELEPHONE CHARGES FOR THE MONTH OF OCTOBER, 1993" | $1.08 | 1.00 | 0.00 | $1.08 | $1.08 |
| | | | | | 63 11    03032011221549901a   *Invoice-total:* | | **1.00** | **0.00** | **$1.08** | **$1.08** |
| *Invoice Date: 12/23/93* | | | | | | | | | | |
| 12 | | 0 | 11/30/93 | XXX | "Telephone TELEPHONE CHARGES FOR THE MONTH OF NOVEMBER, 1993" | $8.20 | 1.00 | 0.00 | $8.20 | $8.20 |
| | | | | | 63 12    03032011221549901a   *Invoice-total:* | | **1.00** | **0.00** | **$8.20** | **$8.20** |
| | | | | | *File-total:* | | **3.00** | **0.00** | **$17.32** | **$17.32** |

# EXHIBIT 27

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
TELEPHONE CHARGES

Client ID: 1122
Client Office ID: 1
· Firm ID: 1055
Firm Office ID: 1

**BOSTIK CLAIMS**

| No. | Blk | SEQ | Date | Init. | Description | Billed Rate | Billed Time/Unit | Allowable Rate | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Invoice Date: 04/19/95* | | | | | | | | | | | |
| 24 | 0 | | 03/28/95 | XXX | "CALLING CARD" | | | | | $17.28 | $17.28 |
| | | 2 | 10 | | 98050411221110551a | 1.00 | 1.00 | 0.00 | 0.00 | $17.28 | $17.28 |
| | | | | | *Invoice-total:* | | | | | $17.28 | $17.28 |
| *Invoice Date: 05/16/95* | | | | | | | | | | | |
| 27 | 0 | | 04/28/95 | XXX | "COLLECT CALL CHARGES" | | | | | $2.64 | $2.64 |
| | | 2 | 11 | | 98050411221110551a | 1.00 | 1.00 | 0.00 | 0.00 | $2.64 | $2.64 |
| | | | | | *Invoice-total:* | | | | | $2.64 | $2.64 |
| *Invoice Date: 07/20/95* | | | | | | | | | | | |
| 10 | 0 | | 06/19/95 | XXX | "CALLING CARD" | | | | | $5.39 | $5.39 |
| | | 2 | 13 | | 98050411221110551a | 1.00 | 1.00 | 0.00 | 0.00 | $5.39 | $5.39 |
| | | | | | *Invoice-total:* | | | | | $5.39 | $5.39 |
| | | | | | *File-total:* | 4.00 | | 0.00 | | $28.87 | $28.87 |

Confidential

*Legal, rd Inc.*

## AUDIT INVOICE DETAIL REPORT BY TASK
## TELEPHONE CHARGES

Liberty Muti  ̱roup
Dover NH
Swidler Berlin Shereff Friedman
New York NY

Client: **1122**
Client Office ID: 1
Firm ID: **5490**
Firm Office ID: 1

**Bostik Claims**

| No. | Blk SEQ | Date | Init. | Description | Billed Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 7 | 0 | 05/31/96 | XXX | "Telephone Telephone Charges for the month ending 05-31-96" 61 5 | $5.05 | 1.00 | 0.00 | $5.05 | $5.05 |

Invoice Date: 06/20/96

030320112215490 1a *Invoice-total:* 

| | | | | 1.00 | 0.00 | $5.05 | $5.05 |
|---|---|---|---|---|---|---|---|

*File-total:*

| | | | | 4.00 | 0.00 | $42.23 | $42.23 |
|---|---|---|---|---|---|---|---|

# EXHIBIT 28

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

## Legalgard Inc.
### AUDIT INVOICE DETAIL REPORT BY TASK
### OVERTIME CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

### WHITMAN, MASSACHUSETTS FACILITY

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| *Invoice Date: 07/28/89* | | | | | | | | | | |
| 25 | 0 | | 06/30/89 | XXX | "WORD PROCESSING" | $8.75 | 1.00 | 0.00 | $8.75 | $8.75 |
| | | 9 1 | | | 9805041122110551a   *Invoice-total:* | | 1.00 | 0.00 | $8.75 | $8.75 |
| *Invoice Date: 11/30/89* | | | | | | | | | | |
| 13 | 0 | | 10/30/89 | XXX | "WORD PROCESSING" | $8.75 | 1.00 | 0.00 | $8.75 | $8.75 |
| | | 9 5 | | | 9805041122110551a   *Invoice-total:* | | 1.00 | 0.00 | $8.75 | $8.75 |
| *Invoice Date: 01/30/90* | | | | | | | | | | |
| 6 | 0 | | 12/15/89 | XXX | "WORD PROCESSING" | $1.25 | 1.00 | 0.00 | $1.25 | $1.25 |
| | | 9 6 | | | 9805041122110551a   *Invoice-total:* | | 1.00 | 0.00 | $1.25 | $1.25 |
| *Invoice Date: 05/21/90* | | | | | | | | | | |
| 6 | 0 | | 04/25/90 | XXX | "WORD PROCESSING" | $2.50 | 1.00 | 0.00 | $2.50 | $2.50 |
| | | 9 10 | | | 9805041122110551a   *Invoice-total:* | | 1.00 | 0.00 | $2.50 | $2.50 |
| *Invoice Date: 06/08/90* | | | | | | | | | | |
| 5 | 0 | | 09/07/90 | XXX | "WORD PROCESSING" | $2.50 | 1.00 | 0.00 | $2.50 | $2.50 |
| | | 9 11 | | | 9805041122110551a   *Invoice-total:* | | 1.00 | 0.00 | $2.50 | $2.50 |
| *Invoice Date: 11/30/90* | | | | | | | | | | |
| 8 | 0 | | 10/18/90 | XXX | "WORD PROCESSING" | $2.50 | 1.00 | 0.00 | $2.50 | $2.50 |
| | | 9 16 | | | 9805041122110551a   *Invoice-total:* | | 1.00 | 0.00 | $2.50 | $2.50 |
| *Invoice Date: 12/31/90* | | | | | | | | | | |
| 15 | 0 | | 11/29/90 | XXX | "WORD PROCESSING" | $47.50 | 1.00 | 0.00 | $47.50 | $47.50 |
| | | 9 17 | | | 9805041122110551a   *Invoice-total:* | | 1.00 | 0.00 | $47.50 | $47.50 |
| *Invoice Date: 01/07/91* | | | | | | | | | | |
| 10 | 0 | | 12/20/90 | XXX | "WORD PROCESSING" | $28.75 | 1.00 | 0.00 | $28.75 | $28.75 |
| | | 9 18 | | | 9805041122110551a   *Invoice-total:* | | 1.00 | 0.00 | $28.75 | $28.75 |

# Legalgard Inc.
## AUDIT INVOICE DETAIL REPORT BY TASK
### OVERTIME CHARGES

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

**WHITTMAN, MASSACHUSETTS FACILITY**

| No. | Blk | SEQ | Date | Init. | Description | | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|---|------|------------------|---------------------|--------|---------------------|
| *Invoice Date: 03/29/91* | | | | | | | | | | | |
| 11 | 0 | | 02/01/91 | XXX | "WORD PROCESSING" | | $32.50 | 1.00 | 0.00 | $32.50 | $32.50 |
| | | 9 19 | | | 980504112211055 1a | Invoice-total: | | 1.00 | 0.00 | $32.50 | $32.50 |
| *Invoice Date: 04/30/91* | | | | | | | | | | | |
| 13 | 0 | | 03/21/91 | XXX | "WORD PROCESSING" | | $9.00 | 1.00 | 0.00 | $9.00 | $9.00 |
| | | 9 20 | | | 980504112211055 1a | Invoice-total: | | 1.00 | 0.00 | $9.00 | $9.00 |
| *Invoice Date: 05/22/91* | | | | | | | | | | | |
| 7 | 0 | | 04/30/91 | XXX | "WORD PROCESSING" | | $21.00 | 1.00 | 0.00 | $21.00 | $21.00 |
| | | 9 21 | | | 980504112211055 1a | Invoice-total: | | 1.00 | 0.00 | $21.00 | $21.00 |
| *Invoice Date: 06/18/91* | | | | | | | | | | | |
| 7 | 0 | | 05/18/91 | XXX | "WORD PROCESSING" | | $9.00 | 1.00 | 0.00 | $9.00 | $9.00 |
| | | 9 22 | | | 980504112211055 1a | Invoice-total: | | 1.00 | 0.00 | $9.00 | $9.00 |
| *Invoice Date: 11/29/91* | | | | | | | | | | | |
| 7 | 0 | | 10/28/91 | XXX | "WORD PROCESSING" | | $19.50 | 1.00 | 0.00 | $19.50 | $19.50 |
| | | 9 27 | | | 980504112211055 1a | Invoice-total: | | 1.00 | 0.00 | $19.50 | $19.50 |
| *Invoice Date: 03/24/92* | | | | | | | | | | | |
| 6 | 0 | | 02/27/92 | XXX | "WORD PROCESSING" | | $9.00 | 1.00 | 0.00 | $9.00 | $9.00 |
| | | 9 30 | | | 980504112211055 1a | Invoice-total: | | 1.00 | 0.00 | $9.00 | $9.00 |
| *Invoice Date: 05/27/92* | | | | | | | | | | | |
| 2 | 0 | | 04/30/92 | XXX | "WORD PROCESSING" | | $1.50 | 1.00 | 0.00 | $1.50 | $1.50 |
| | | 9 32 | | | 980504112211055 1a | Invoice-total: | | 1.00 | 0.00 | $1.50 | $1.50 |

Confidential

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
OVERTIME CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Billed Rate | Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|-------------|-----------|---------------------|--------|---------------------|
| *WHITMAN, MASSACHUSETTS FACILITY* | | | | | | | | | | |
| *Invoice Date: 08/25/92* | | | | | | | | | | |
| 7 | 0 | | 07/31/92 | XXX | "WORD PROCESSING" | $1.50 | 1.00 | 0.00 | $1.50 | $1.50 |
| | | 9 34 | | | 98050411221105s1a | *Invoice-total:* | 1.00 | 0.00 | $1.50 | $1.50 |
| | | | | | | *File-total:* | 16.00 | 0.00 | $205.50 | $205.50 |

Liberty Mutu  ìroup
Dover NH
Swidler Berlin Shereff Friedman
New York NY

Client:  1122
Client Office ID: 1
Firm ID: 5490
Firm Office ID: 1

*Legal₅  d Inc.*

AUDIT INVOICE DETAIL REPORT BY TASK
WORD PROCESSING CHARGES- EXPENSE

| No. | Blk SEQ | Date | Init. | Description | | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|---------|------|-------|-------------|--|------|------------------|---------------------|--------|---------------------|
| *Whitman, Massachusetts Facility* | | | | | | | | | | |
| *Invoice Date:* 09/29/92 | | | | | | | | | | |
| 13 | 0 | 08/27/92 | XXX | "Word Processing" | | $28.50 | 1.00 | 0.00 | $28.50 | $28.50 |
| | | | 63 2 | 03032011221549018 | *Invoice-total:* | | 1.00 | 0.00 | $28.50 | $28.50 |
| | | | | | *File-total:* | | 1.00 | 0.00 | $28.50 | $28.50 |

# EXHIBIT 29

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
OVERTIME CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|---------|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| | | | | *BOSTIK CLAIMS* | | | | | |
| | | | | *Invoice Date: 06/22/95* | | | | | |
| 17 | 0 | 05/31/95 | XXX | "SECRETARIAL OVERTIME" | $374.81 | 1.00 | 0.00 | $374.81 | $374.81 |
| | 2 12 | | | 980504112211055 1a  *Invoice-total:* | | 1.00 | 0.00 | $374.81 | $374.81 |
| | | | | *File-total:* | | 1.00 | 0.00 | $374.81 | $374.81 |

# EXHIBIT 30

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
COMPUTERIZED LEGAL RESEARCH

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

**WHITMAN, MASSACHUSETTS FACILITY**

*Invoice Date: 08/01/89*

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 13 | 0 | | 07/31/89 | XXX | "RESEARCH" | $19.31 | 1.00 | 0.00 | $19.31 | $19.31 |
| | | 9 2 | | | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | **$19.31** | **$19.31** |

*Invoice Date: 01/07/91*

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 11 | 0 | | 12/20/90 | XXX | "RESEARCH" | $2.63 | 1.00 | 0.00 | $2.63 | $2.63 |
| | | 9 18 | | | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | **$2.63** | **$2.63** |

Confidential

Page 21 of 347

**Liberty Mutual Group**
Dover NJ
Swidler & Berlin
Washington, DC

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

## Legalgard Inc.
### AUDIT INVOICE DETAIL REPORT BY TASK
### COMPUTERIZED LEGAL RESEARCH

**WHITMAN, MASSACHUSETTS FACILITY**

Invoice Date: 10/26/92

| No. | Blk SEQ | Date | Init. | Description | | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|---------|------|-------|-------------|---|------|------------------|---------------------|--------|---------------------|
| 1 | 0 | 10/26/92 | XXX | "RESEARCH" | | $110.33 | 1.00 | 0.00 | $110.33 | $110.33 |
| | | | | 9.35 | 9805041122110551a  *Invoice-total:* | | 1.00 | 0.00 | $110.33 | $110.33 |
| | | | | | *File-total:* | | 3.00 | 0.00 | $132.27 | $132.27 |

Confidential

# EXHIBIT 31

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
COMPUTERIZED LEGAL RESEARCH

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

### *BOSTIK CLAIMS*

*Invoice Date: 072396*

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 33 | 0 | | 06/18/96 | XXX | "RESEARCH" | $89.39 | 1.00 | 0.00 | $89.39 | $89.39 |
| | | 2 24 | | | | | 1.00 | 0.00 | | |

| | | | |
|---|---|---|---|
| 9805041122110551a *Invoice-total:* | 1.00 | $89.39 | $89.39 |
| *File-total:* | 1.00 | $89.39 | $89.39 |

# EXHIBIT 32

**Liberty Mutual Group**
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
POSTAGE

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|--|------|------------------|---------------------|--------|---------------------|

**WHITMAN, MASSACHUSETTS FACILITY**

*Invoice Date: 08/01/89*

| 12 | 0 | | 07/31/89 | XXX | "POSTAGE CHARGE" | | $1.45 | 1.00 | 0.00 | $1.45 | $1.45 |
| | | 9 2 | | | 9805041122110551a | *Invoice-total:* | | 1.00 | 0.00 | **$1.45** | **$1.45** |

*Invoice Date: 10/06/89*

| 9 | 0 | | 09/27/89 | XXX | "POSTAGE CHARGE" | | $0.25 | 1.00 | 0.00 | $.25 | $.25 |
| | | 9 4 | | | 9805041122110551a | *Invoice-total:* | | 1.00 | 0.00 | **$0.25** | **$0.25** |

*Invoice Date: 04/23/90*

| 7 | 0 | | 03/31/90 | XXX | "POSTAGE CHARGE" | | $0.25 | 1.00 | 0.00 | $.25 | $.25 |
| | | 9 9 | | | 9805041122110551a | *Invoice-total:* | | 1.00 | 0.00 | **$0.25** | **$0.25** |

*Invoice Date: 05/21/90*

| 4 | 0 | | 04/25/90 | XXX | "POSTAGE CHARGE" | | $1.35 | 1.00 | 0.00 | $1.35 | $1.35 |
| | | 9 10 | | | 9805041122110551a | *Invoice-total:* | | 1.00 | 0.00 | **$1.35** | **$1.35** |

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
POSTAGE

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Billed Rate | Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|-------------|-----------|---------------------|--------|---------------------|

*WHITMAN, MASSACHUSETTS FACILITY*

*Invoice Date: 04/30/91*

| No. | Blk | SEQ | Date | Init. | Description | Billed Rate | Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|-------------|-----------|---------------------|--------|---------------------|
| 12 | 0 | | 03/21/91 | XXX | "POSTAGE CHARGE" | $0.58 | 1.00 | 0.00 | $.58 | $.58 |
| | | 9 20 | | | 980504112211055ta | | | | | |
| | | | | | *Invoice-total:* | | 1.00 | 0.00 | $0.58 | $0.58 |

*Invoice Date: 06/18/91*

| No. | Blk | SEQ | Date | Init. | Description | Billed Rate | Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|-------------|-----------|---------------------|--------|---------------------|
| 6 | 0 | | 05/18/91 | XXX | "POSTAGE CHARGE" | $0.52 | 1.00 | 0.00 | $.52 | $.52 |
| | | 9 22 | | | 980504112211055ta | | | | | |
| | | | | | *Invoice-total:* | | 1.00 | 0.00 | $0.52 | $0.52 |
| | | | | | *File-total:* | | 6.00 | 0.00 | $4.40 | $4.40 |

Confidential

Liberty Muti  3roup
Dover NH
Swidler Berlin Shereff Friedman
New York NY

*Legal₆ rd Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
POSTAGE

Clien:  **1122**
Client Office ID: **1**
Firm ID: **5490**
Firm Office ID: **1**

| No. | Blk SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|---------|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 12  | 0 | 08/27/92 | XXX | "Postage Charge" | $0.29 | 1.00 | 0.00 | $.29 | $.29 |
|     | 63 2 | | | 0303201122154901a  *Invoice-total:* | | 1.00 | 0.00 | **$0.29** | **$0.29** |

*Whitman, Massachusetts Facility*
*Invoice Date: 09/29/92*

Liberty Mutt‗ ‗roup
Dover NH
Swidler Berlin Shereff Friedman
New York NY

*Legal‗ ‗d Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
POSTAGE

Client   **1122**
Client Office ID: **1**
Firm ID: **5490**
Firm Office ID: **1**

*Whitman, Massachusetts Facility*

Invoice Date: 10/20/93

| No. | Blk SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|---------|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 8 | 0 | 09/30/93 | XXX | "Postage POSTAGE CHARGE FOR THE MONTH OF SEPTEMBER" | $4.57 | 1.00 | 0.00 | $4.57 | $4.57 |
| | | | | 63 10   *030320112215490‗1a* Invoice-total: | | 1.00 | 0.00 | $4.57 | $4.57 |
| | | | | File-total: | | 2.00 | 0.00 | $4.86 | $4.86 |
| | | | | Grand Total | | | | $18.93 | $18.93 |

# EXHIBIT 33

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
POSTAGE

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

*BOSTIK CLAIMS*

| No. | Blk | SEQ | Date | Init. | Description | | Billed Rate | Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|---|------|-----------|---------------------|--------|---------------------|
| 16 | 0 | | 11/28/94 | XXX | "POSTAGE CHARGE" | 2 6 | | 1.00 | 0.00 | $3.82 | $3.82 |
| | | | | | *Invoice Date: 12/22/94* | 98050411221t0551a | *Invoice-total:* | | 1.00 | 0.00 | $3.82 | $3.82 |
| 28 | 0 | | 02/27/95 | XXX | "POSTAGE CHARGE" | 2 9 | | 1.00 | 0.00 | $3.89 | $3.89 |
| | | | | | *Invoice Date: 03/27/95* | 98050411221t0551a | *Invoice-total:* | | 1.00 | 0.00 | $3.89 | $3.89 |
| 29 | 0 | | 03/28/95 | XXX | "POSTAGE CHARGE" | 2 10 | | 1.00 | 0.00 | $4.22 | $4.22 |
| | | | | | *Invoice Date: 04/19/95* | 98050411221t0551a | *Invoice-total:* | | 1.00 | 0.00 | $4.22 | $4.22 |
| 31 | 0 | | 04/28/95 | XXX | "POSTAGE CHARGE" | 2 11 | | 1.00 | 0.00 | $5.04 | $5.04 |
| | | | | | *Invoice Date: 05/16/95* | 98050411221t0551a | *Invoice-total:* | | 1.00 | 0.00 | $5.04 | $5.04 |

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

## Legalgard Inc.
### AUDIT INVOICE DETAIL REPORT BY TASK
### POSTAGE

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

### BOSTIK CLAIMS

| No. | Blk | SEQ | Date | Init. | Description | | Billed Rate Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| *Invoice Date: 06/22/95* | | | | | | | | | | |
| 16 | 0 | 2 12 | 05/31/95 | XXX | "POSTAGE CHARGE" | 9805041122110551a | $2.25 | 1.00 | 0.00 | $2.25 | $2.25 |
| *Invoice Date: 07/20/95* | | | | | | | | | | |
| 13 | 0 | 2 13 | 06/19/95 | XXX | "POSTAGE CHARGE" | 9805041122110551a   *Invoice-total:* | $3.44 | 1.00 | 0.00 | $3.44 | $3.44 |
| *Invoice Date: 08/15/95* | | | | | | | | | | |
| 12 | 0 | 2 14 | 07/31/95 | XXX | "POSTAGE CHARGE" | 9805041122110551a   *Invoice-total:* | $1.47 | 1.00 | 0.00 | $1.47 | $1.47 |
| *Invoice Date: 09/20/95* | | | | | | | | | | |
| 21 | 0 | 2 15 | 08/31/95 | XXX | "POSTAGE CHARGE" | 9805041122110551a   *Invoice-total:* | $5.98 | 1.00 | 0.00 | $5.98 | $5.98 |
| *Invoice Date: 10/20/95* | | | | | | | | | | |
| 14 | 0 | 2 16 | 09/06/95 | XXX | "POSTAGE CHARGE" | 9805041122110551a   *Invoice-total:* | $0.78 | 1.00 | 0.00 | $.78 | $.78 |
| *Invoice Date: 11/17/95* | | | | | | | | | | |
| 9 | 0 | 2 17 | 10/30/95 | XXX | "POSTAGE CHARGE" | 9805041122110551a   *Invoice-total:* | $2.11 | 1.00 | 0.00 | $2.11 | $2.11 |
| *Invoice Date: 12/9/95* | | | | | | | | | | |
| 7 | 0 | 2 18 | 11/30/95 | XXX | "POSTAGE CHARGE" | 9805041122110551a   *Invoice-total:* | $6.96 | 1.00 | 0.00 | $6.96 | $6.96 |
| *Invoice Date: 04/18/96* | | | | | | | | | | |
| 5 | 0 | 2 22 | 03/18/96 | XXX | "POSTAGE CHARGE" | 9805041122110551a   *Invoice-total:* | $0.78 | 1.00 | 0.00 | $0.78 | $0.78 |

Confidential

*Legalgard Inc.*

AUDIT INVOICE DETAIL REPORT BY TASK

POSTAGE

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

**BOSTIK CLAIMS**

Invoice Date: 07/23/96

| No. | Blk | SEQ | Date | Init. | Description | Billed Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|-----------|-----------|--------|------------|
| 32 | 0 | | 06/18/96 | XXX | "POSTAGE CHARGE" | $3.00 | 1.00 | 0.00 | $3.00 | $3.00 |
| | | | | | 2 24  9805041122110551a | | | | | |

|  |  | Invoice-total: | 1.00 | 0.00 | $3.00 | $3.00 |
|--|--|----------------|------|------|-------|-------|
|  |  | File-total: | 17.00 | 0.00 | $85.37 | $85.37 |