# EXHIBIT 34

**Liberty Mutual Group**
Dover NJ
Swidler & Berlin
Washington, DC

## Legalgard Inc.
### AUDIT INVOICE DETAIL REPORT BY TASK
### MESSENGER/ COURIER/ DELIVERY CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

**WHITMAN, MASSACHUSETTS FACILITY**
*Invoice Date: 07/26/89*

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 22 | 0 | | 06/30/89 | XXX | "COURIER CHARGE" | $10.20 | 1.00 | 0.00 | $10.20 | $10.20 |
| | | 9 1 | | | 9805041122110551a | | | | | |

Invoice-total:  1.00  0.00  $10.20  $10.20

File-total:  1.00  0.00  $10.20  $10.20

**Grand Total**  $523.12  $523.12

# EXHIBIT 35

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

## Legalgard Inc.
### AUDIT INVOICE DETAIL REPORT BY TASK
### MESSENGER/ COURIER/ DELIVERY CHARGES

*BOSTIK CLAIMS*

Invoice Date: 01/23/95

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 7 | 0 | | 12/22/94 | XXX | "COURIER CHARGE" | $11.63 | 1.00 | 0.00 | $11.63 | $11.63 |
| | | 2 7 | | | 9805041122110551a | | | | | |
| | | | | | Invoice-total: | | 1.00 | 0.00 | $11.63 | $11.63 |
| | | | | | File-total: | | 2.00 | 0.00 | $32.50 | $32.50 |

Liberty Mutu  Group
Dover NH
Swidler Berlin Shereff Friedman
New York NY

*Legal_  d Inc.*

**AUDIT INVOICE DETAIL REPORT BY TASK**
**MESSENGER/ COURIER/ DELIVERY**
**CHARGES**

Client    1122
Client Office ID: 1
Firm ID: 5490
Firm Office ID: 1

| No. | Blk SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|---------|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

**Bostik Claims**

*Invoice Date: 06/20/96*

| 6 | 0 | 05/03/96 | XXX | "Delivery Service A.G. Management, Inc. 2/044102,05/07/96" | $11.63 | 1.00 | 0.00 | $11.63 | $11.63 |

61 5    0303201122154901a  *Invoice-total:* | | | | | | 1.00 | 0.00 | **$11.63** | **$11.63** |

*File-total:* | | | | | | 1.00 | 0.00 | **$11.63** | **$11.63** |

**Grand Total** | | | | | | | | $11.63 | $11.63 |

# EXHIBIT 36

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
EXPRESS/OVERNIGHT MAIL CHARGES

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

*WHITMAN, MASSACHUSETTS FACILITY*

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| *Invoice Date: 07/26/89* | | | | | | | | | | |
| 23 | 0 | | 06/30/89 | XXX | "FEDERAL EXPRESS" | $18.00 | 1.00 | 0.00 | $18.00 | $18.00 |
| | | 9 1 | | | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | **$18.00** | **$18.00** |
| *Invoice Date: 08/01/89* | | | | | | | | | | |
| 10 | 0 | | 07/31/89 | XXX | "FEDERAL EXPRESS" | $18.00 | 1.00 | 0.00 | $18.00 | $18.00 |
| | | 9 2 | | | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | **$18.00** | **$18.00** |
| *Invoice Date: 09/18/89* | | | | | | | | | | |
| 5 | 0 | | 08/22/89 | XXX | "FEDERAL EXPRESS" | $9.00 | 1.00 | 0.00 | $9.00 | $9.00 |
| | | 9 3 | | | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | **$9.00** | **$9.00** |
| *Invoice Date: 10/06/89* | | | | | | | | | | |
| 8 | 0 | | 09/27/89 | XXX | "FEDERAL EXPRESS" | $9.00 | 1.00 | 0.00 | $9.00 | $9.00 |
| | | 9 4 | | | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | **$9.00** | **$9.00** |
| *Invoice Date: 03/06/90* | | | | | | | | | | |
| 4 | 0 | | 02/27/90 | XXX | "FEDERAL EXPRESS" | $19.00 | 1.00 | 0.00 | $19.00 | $19.00 |
| | | 9 8 | | | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | **$19.00** | **$19.00** |
| *Invoice Date: 04/23/90* | | | | | | | | | | |
| 5 | 0 | | 03/31/90 | XXX | "FEDERAL EXPRESS" | $18.00 | 1.00 | 0.00 | $18.00 | $18.00 |
| | | 9 9 | | | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | **$18.00** | **$18.00** |

**Confidential**

Page 41 of 347

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
EXPRESS/OVERNIGHT MAIL CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| *WHITMAN, MASSACHUSETTS FACILITY* | | | | | | | | | | |
| *Invoice Date: 12/31/90* | | | | | | | | | | |
| 13 | 0 | | 11/29/90 | XXX | "FEDERAL EXPRESS" | $9.75 | 1.00 | 0.00 | $9.75 | $9.75 |
| | | 9 17 | | | 980504112210551a | *Invoice-total:* | 1.00 | 0.00 | **$9.75** | **$9.75** |
| *Invoice Date: 01/07/91* | | | | | | | | | | |
| 8 | 0 | | 12/20/90 | XXX | "FEDERAL EXPRESS" | $9.75 | 1.00 | 0.00 | $9.75 | $9.75 |
| | | 9 18 | | | 980504112210551a | *Invoice-total:* | 1.00 | 0.00 | **$9.75** | **$9.75** |
| *Invoice Date: 03/29/91* | | | | | | | | | | |
| 10 | 0 | | 02/01/91 | XXX | "FEDERAL EXPRESS" | $9.75 | 1.00 | 0.00 | $9.75 | $9.75 |
| | | 9 19 | | | 980504112210551a | *Invoice-total:* | 1.00 | 0.00 | **$9.75** | **$9.75** |
| *Invoice Date: 04/30/91* | | | | | | | | | | |
| 11 | 0 | | 03/21/91 | XXX | "FEDERAL EXPRESS" | $29.25 | 1.00 | 0.00 | $29.25 | $29.25 |
| | | 9 20 | | | 980504112210551a | *Invoice-total:* | 1.00 | 0.00 | **$29.25** | **$29.25** |
| *Invoice Date: 06/18/91* | | | | | | | | | | |
| 5 | 0 | | 05/18/91 | XXX | "FEDERAL EXPRESS" | $19.50 | 1.00 | 0.00 | $19.50 | $19.50 |
| | | 9 22 | | | 980504112210551a | *Invoice-total:* | 1.00 | 0.00 | **$19.50** | **$19.50** |
| | | | | | | *File-total:* | 11.00 | 0.00 | **$169.00** | **$169.00** |

Confidential

Liberty Mutu ..roup
Dover NH
Swidler Berlin Shereff Friedman
New York NY

*Legal.. .d Inc.*

## AUDIT INVOICE DETAIL REPORT BY TASK
### EXPRESS/OVERNIGHT MAIL CHARGES

Client   1122
Client Office ID: 1
Firm ID: **5490**
Firm Office ID: **1**

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

***Whitman, Massachusetts Facility***

*Invoice Date: 10/20/93*

| 5 | 0 | 09/16/93 | XXX | "Federal Express Federal Express Corporation 2/026647,09/22/93 ONE PACKAGE SHIPPED VIA POWERSHIP ON 9/16/93" | $10.10 | 1.00 | 0.00 | $10.10 | $10.10 |
|---|---|----------|-----|-----|-----|-----|-----|-----|-----|
| | | | | 63 10   0303201122154901a  *Invoice-total:* | | **1.00** | **0.00** | **$10.10** | **$10.10** |

*Invoice Date: 12/23/93*

| 10 | 0 | 11/02/93 | XXX | "Federal Express Federal Express Corporation 2/027302,11/05/93 ONE PACKAGE SHIPPED VIA POWERSHIP ON 11/2/93" | $10.10 | 1.00 | 0.00 | $10.10 | $10.10 |
|----|---|----------|-----|-----|-----|-----|-----|-----|-----|
| | | | | 63 12   0303201122154901a  *Invoice-total:* | | **1.00** | **0.00** | **$10.10** | **$10.10** |
| | | | | *File-total:* | | **2.00** | **0.00** | **$20.20** | **$20.20** |

**Grand Total**                     **$40.20**    **$40.20**

# EXHIBIT 37

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
EXPRESS/OVERNIGHT MAIL CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

## BOSTIK CLAIMS

| No. | Blk SEQ | Date | Init. | Description | | Billed Rate Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 14 | 0 | 11/28/94 | XXX | "FEDERAL EXPRESS" | 2 6 | 1.00 | 0.00 | $10.10 | $10.10 |
| *Invoice Date: 12/22/94* | | | | | | | *Invoice-total:* | $10.10 | $10.10 |
| 8 | 0 | 12/22/94 | XXX | "FEDERAL EXPRESS" | 2 7 | 1.00 | 0.00 | $31.02 | $31.02 |
| *Invoice Date: 01/23/95* | | | | | | | *Invoice-total:* | $31.02 | $31.02 |
| 33 | 0 | 01/31/95 | XXX | "FEDERAL EXPRESS" | 2 8 | 1.00 | 0.00 | $18.75 | $18.75 |
| *Invoice Date: 02/14/95* | | | | | | | *Invoice-total:* | $18.75 | $18.75 |
| 27 | 0 | 03/28/95 | XXX | "FEDERAL EXPRESS" | 2 10 | 1.00 | 0.00 | $57.70 | $57.70 |
| *Invoice Date: 04/19/95* | | | | | | | *Invoice-total:* | $57.70 | $57.70 |
| 29 | 0 | 04/28/95 | XXX | "FEDERAL EXPRESS" | 2 11 | 1.00 | 0.00 | $18.50 | $18.50 |
| *Invoice Date: 05/16/95* | | | | | | | *Invoice-total:* | $18.50 | $18.50 |
| 14 | 0 | 05/31/95 | XXX | "FEDERAL EXPRESS" | 2 12 | 1.00 | 0.00 | $8.50 | $8.50 |
| *Invoice Date: 06/22/95* | | | | | | | *Invoice-total:* | $8.50 | $8.50 |
| 11 | 0 | 06/19/95 | XXX | "FEDERAL EXPRESS" | 2 13 | 1.00 | 0.00 | $32.95 | $32.95 |
| *Invoice Date: 07/20/95* | | | | | | | *Invoice-total:* | $32.95 | $32.95 |
| | | | | | | 8.00 | 0.00 | *File-total:* $226.57 | $226.57 |

Confidential

Page 34 of 347

# EXHIBIT 38

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

## Legalgard Inc.
### AUDIT INVOICE DETAIL REPORT BY TASK
### LOCAL TRAVEL/ TRANSPORTATION CHARGES

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

**WHITMAN, MASSACHUSETTS FACILITY**

*Invoice Date: 01/07/91*

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 9 | 0 | | 12/20/90 | XXX | "PARKING STICKERS" | $12.00 | 1.00 | 0.00 | $12.00 | $12.00 |
| | | 9 18 | | | 9805041122110551a | | | | | |

*Invoice-total:* | | | | | | | 1.00 | 0.00 | $12.00 | $12.00 |

*Invoice Date: 08/25/92*

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 6 | 0 | | 07/31/92 | XXX | "PARKING STICKER" | $12.00 | 1.00 | 0.00 | $12.00 | $12.00 |
| | | 9 34 | | | 9805041122110551a | | | | | |

*Invoice-total:* | | | | | | | 1.00 | 0.00 | $12.00 | $12.00 |

*File-total:* | | | | | | | 2.00 | 0.00 | $24.00 | $24.00 |

**Grand Total** | | | | | | | | | $934.90 | $934.90 |

Confidential

# EXHIBIT 39

*Legalgard Inc.*

**AUDIT INVOICE DETAIL REPORT BY TASK**

**LOCAL TRAVEL/ TRANSPORTATION CHARGES**

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**BOSTIK CLAIMS**

| No. | Blk | SEQ | Date | Init. | Description | Billed Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|-------------|------------------|---------------------|--------|---------------------|
| 32 | 0 | | 02/27/95 | XXX | "TRAVEL/PARKING" | $26.00 | 1.00 | 0.00 | $26.00 | $26.00 |

Invoice Date: 03/27/95    2 9    9805041122110551a

| | | | | | Invoice-total: | | 1.00 | 0.00 | $26.00 | $26.00 |
| | | | | | File-total: | | 4.00 | 0.00 | $87.20 | $87.20 |

Confidential

# EXHIBIT 40

Liberty Mutu. Group
Dover NH
Swidler Berlin Shereff Friedman
New York NY

*Legal, d Inc.*

**AUDIT INVOICE DETAIL REPORT BY TASK**
**UNSPECIFIED TRAVEL/ TRANSPORTATION CHARGES**

Client   I122
Client Office ID: 1
Firm ID: **5490**
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

### Whitman, Massachusetts Facility

Invoice Date: 09/29/92

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 11 | 0 | | 08/27/92 | XXX | "Meal Charges" | $29.20 | 1.00 | 0.00 | $29.20 | $29.20 |
| | | 63 2 | | | 0303201122154901a | | | | | |

Invoice-total: $29.20  1.00  0.00  $29.20  **$29.20**

File-total: 1.00  0.00  **$29.20**  **$29.20**

# EXHIBIT 41

**Liberty Mutual Group**
Dover NJ
Swidler & Berlin
Washington, DC

Client ID: **1122**
Client Office ID: **1**
Firm ID: **1055**
Firm Office ID: **1**

## *Legalgard Inc.*
### AUDIT INVOICE DETAIL REPORT BY TASK
### UNSPECIFIED TRAVEL/ TRANSPORTATION CHARGES

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

*BOSTIK CLAIMS*

*Invoice Date: 12/22/94*

| 18 | 0 | | 11/28/94 | XXX | "TRAVEL EXPENSES" | $59.20 | 1.00 | 0.00 | $59.20 | $59.20 |
| | 2 | 6 | 980504112211055 l a | | Invoice-total: | | 1.00 | 0.00 | $59.20 | $59.20 |

*Invoice Date: 03/27/95*

| 30 | 0 | | 02/27/95 | XXX | "TRAVEL EXPENSES" | $29.50 | 1.00 | 0.00 | $29.50 | $29.50 |
| | 2 | 9 | 980504112211055 l a | | Invoice-total: | | 1.00 | 0.00 | $29.50 | $29.50 |

*Invoice Date: 04/19/95*

| 31 | 0 | | 03/28/95 | XXX | "TRAVEL EXPENSES" | $33.50 | 1.00 | 0.00 | $33.50 | $33.50 |
| | 2 | 10 | 980504112211055 l a | | Invoice-total: | | 1.00 | 0.00 | $33.50 | $33.50 |
| | | | | | File-total: | | 3.00 | 0.00 | $122.20 | $122.20 |

# EXHIBIT 42

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
AIRFARE/ RAIL/ RENTAL CAR CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

**BOSTIK CLAIMS**

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 25 | 0 | | 03/28/95 | XXX | "CAR RENTAL" | $63.06 | 1.00 | 0.00 | $63.06 | $63.06 |
| 32 | 0 | | 03/28/95 | XXX | "TRAVEL/AIRFARE" | 1,013.00 | 1.00 | 0.00 | 1,013.00 | $1,013.00 |

*Invoice Date: 04/19/95*

9805041122110551a  *Invoice-total:*    2  10    2.00    0.00    $1,076.06    $1,076.06

*File-total:*    4.00    0.00    $2,343.21    $2,343.21

# EXHIBIT 43

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
MEAL CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk SEQ | Date | Init. | Description | | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|---------|------|-------|-------------|--|------|------------------|---------------------|--------|---------------------|

**WHITMAN, MASSACHUSETTS FACILITY**

*Invoice Date: 11/30/90*

| 5 | 0 | 10/18/90 | XXX | "CATERING" | | $10.72 | 1.00 | 0.00 | $10.72 | $10.72 |
| | | | | 9 16 | 9805041122110551a  *Invoice-total:* | | 1.00 | 0.00 | **$10.72** | **$10.72** |

*Invoice Date: 12/31/90*

| 14 | 0 | 11/29/90 | XXX | "MEALS CHARGES." | | $69.00 | 1.00 | 0.00 | $69.00 | $69.00 |
| | | | | 9 17 | 9805041122110551e  *Invoice-total:* | | 1.00 | 0.00 | **$69.00** | **$69.00** |
| | | | | | *File-total:* | | 2.00 | 0.00 | **$79.72** | **$79.72** |

**Grand Total** $483.22 $483.22

Confidential

# EXHIBIT 44

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
QUESTIONABLE EXPENSES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

**WHITMAN, MASSACHUSETTS FACILITY**

Invoice Date: 10/29/90

| 6 | 0 | 09/28/90 | XXX | "COSTS ADVANCED" | | $1.25 | 1.00 | 0.00 | $1.25 | $1.25 |
| | | 9 15 | | 980504112211055 1a | *Invoice-total:* | | 1.00 | 0.00 | $1.25 | $1.25 |

Invoice Date: 10/28/91

| 5 | 0 | 09/27/91 | XXX | "COSTS ADVANCED" | | $0.45 | 1.00 | 0.00 | $.45 | $.45 |
| | | 9 26 | | 980504112211055 1a | *Invoice-total:* | | 1.00 | 0.00 | $0.45 | $0.45 |

Invoice Date: 12/23/91

| 5 | 0 | 11/11/91 | XXX | "COSTS ADVANCED" | | $11.70 | 1.00 | 0.00 | $11.70 | $11.70 |
| | | 9 28 | | 980504112211055 1a | *Invoice-total:* | | 1.00 | 0.00 | $11.70 | $11.70 |
| | | | | | *File-total:* | | 3.00 | 0.00 | $13.40 | $13.40 |

Confidential

# EXHIBIT 45

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

*Legalgard Inc.*
## AUDIT INVOICE DETAIL REPORT BY TASK
### QUESTIONABLE EXPENSES

Client ID: **1122**
Client Office ID: **1**
Firm ID: **1055**
Firm Office ID: **1**

### BOSTIK CLAIMS

| No. | Blk SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| *Invoice Date: 04/19/95* | | | | | | | | | |
| 26 | 0 | 03/28/95 | XXX | "DOCUMENTS" | $13.25 | 1.00 | 0.00 | $13.25 | $13.25 |
| | 2 10 | | | 9805041122110551a | *Invoice-total:* | **1.00** | **0.00** | **$13.25** | **$13.25** |
| *Invoice Date: 05/16/95* | | | | | | | | | |
| 28 | 0 | 04/28/95 | XXX | "DOCUMENTS" | $82.86 | 1.00 | 0.00 | $82.86 | $82.86 |
| | 2 11 | | | 9805041122110551a | *Invoice-total:* | **1.00** | **0.00** | **$82.86** | **$82.86** |
| *Invoice Date: 08/15/95* | | | | | | | | | |
| 10 | 0 | 07/31/95 | XXX | "DOCUMENTS" | $259.87 | 1.00 | 0.00 | $259.87 | $259.87 |
| | 2 14 | | | 9805041122110551a | *Invoice-total:* | **1.00** | **0.00** | **$259.87** | **$259.87** |
| *Invoice Date: 09/20/95* | | | | | | | | | |
| 19 | 0 | 08/31/95 | XXX | "MEETING EXPENSES" | $4.40 | 1.00 | 0.00 | $4.40 | $4.40 |
| | 2 15 | | | 9805041122110551a | *Invoice-total:* | **1.00** | **0.00** | **$4.40** | **$4.40** |
| | | | | | *File-total:* | **4.00** | **0.00** | **$360.38** | **$360.38** |