# EXHIBIT 46

**Whitman Invoices Submitted by Black and Decker for Legal Services with Connor's Recommended Reductions**

| Date | Invoice No. | Bates No. | Total Amount | Vague Descriptions | Intra-Office Conferences | Questionable Intra-Office Conferences | Duplicate Attendance | Legal Research | Secretarial / Clerical Functions | Questionable Secretarial / Clerical Functions | Attorneys Performing Paralegal Functions | Questionable Expenses | Questionable / Exceptional Charges and Practice | Total Recommended Reduction (per invoice) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/26/1989 | C8355 | 100001 | $8,498.84 | $3,540.00 | $476.25 | n/a | n/a | n/a | $48.75 | $97.50 | n/a | n/a | n/a | $4,162.50 |
| 8/1/1989 | C8879 | 100004 | $3,714.96 | $29.25 | $112.50 | $56.25 | n/a | n/a | $146.25 | $243.75 | n/a | n/a | $97.50 | $685.50 |
| 9/18/1989 | C9001 | 100006 | $338.37 | $48.75 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $48.75 |
| 10/6/1989 | C9881 | 100008 | $1,072.61 | $341.25 | n/a | $56.25 | n/a | n/a | $97.50 | n/a | n/a | n/a | n/a | $495.00 |
| 11/30/1989 | C10343 | 100010 | $2,792.32 | $507.50 | $283.75 | n/a | n/a | $562.50 | $56.25 | n/a | n/a | n/a | n/a | $1,410.00 |
| 1/30/1990 | C11829 | 100013 | $270.23 | $56.25 | n/a | n/a | n/a | n/a | $38.00 | n/a | n/a | n/a | n/a | $94.25 |
| 2/27/1990 | C12858 | 100015 | $59.85 | n/a | n/a | n/a | n/a | n/a | $56.25 | n/a | n/a | n/a | n/a | $56.25 |
| 3/6/1990 | C13212 | 100016 | $964.93 | n/a | n/a | n/a | n/a | n/a | $56.25 | n/a | n/a | n/a | n/a | $56.25 |
| 4/23/1990 | C13723 | 100018 | $829.04 | $168.75 | n/a | n/a | n/a | n/a | $56.25 | n/a | n/a | n/a | n/a | $225.00 |
| 5/21/1990 | C14292 | 100020 | $260.48 | $56.25 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $56.25 |
| 6/8/1990 | C15200 | 100022 | $401.61 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $337.50 | n/a | $337.50 |
| 7/18/1990 | C15515 | 100023 | $3.40 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $0.00 |
| 8/31/1990 | C16432 | 100024 | $1,412.77 | $112.50 | n/a | n/a | n/a | n/a | n/a | $56.25 | n/a | n/a | n/a | $168.75 |
| 9/30/1990 | C16980 | 100026 | $13.14 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $0.00 |
| 10/29/1990 | C17484 | 100027 | $1,351.25 | $1,012.75 | n/a | n/a | n/a | n/a | $56.25 | n/a | n/a | $1.25 | n/a | $1,070.25 |
| 11/30/1990 | C18103 | 100029 | $1,324.45 | $1,102.50 | $61.25 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $1,163.75 |
| 12/31/1990 | C19662 | 100031 | $4,744.48 | $2,511.25 | $857.50 | n/a | n/a | $490.00 | n/a | n/a | n/a | n/a | n/a | $3,858.75 |
| 1/7/1991 | C19257 | 100033 | $2,910.64 | $1,041.25 | $326.50 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $1,367.75 |
| 3/29/1991 | C20500 | 100037 | $2,611.58 | $980.00 | $306.50 | n/a | n/a | n/a | $61.25 | n/a | n/a | n/a | n/a | $1,347.75 |
| 4/30/1991 | C21111 | 100039 | $1,850.06 | $857.50 | n/a | n/a | n/a | n/a | $61.25 | n/a | n/a | n/a | n/a | $918.75 |

1968044v1                                          1

**Whitman Invoices Submitted by Black and Decker for Legal Services with Connor's Recommended Reductions**

| Date | Invoice No. | Bates No. | Total Amount | Vague Descriptions | Intra-Office Conferences | Questionable Intra-Office Conferences | Duplicate Attendance | Legal Research | Secretarial / Clerical Functions | Questionable Secretarial / Clerical Functions | Attorneys Performing Paralegal Functions | Questionable Expenses | Questionable / Exceptional Charges and Practice | Total Recommended Reduction (per invoice) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/22/1991 | C21380 | 100041 | $2,386.55 | $1,653.75 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $2,143.75 |
| 6/18/1991 | C21849 | 100043 | $1,331.06 | $1,494.50 | $36.75 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $1,592.50 |
| 7/24/1991 | C22581 | 100045 | $267.86 | $122.50 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $122.50 |
| 8/29/1991 | C23417 | 100047 | $199.59 | $61.25 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $61.25 |
| 9/20/1991 | C23758 | 100048 | $9.38 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $0.00 |
| 10/28/1991 | C24300 | 10049 | $367.95 | $306.25 | n/a | n/a | n/a | $490.00 | n/a | n/a | n/a | $0.45 | n/a | $306.70 |
| 11/29/1991 | C25070 | 100051 | $930.50 | $573.75 | $63.75 | n/a | n/a | n/a | $61.25 | n/a | n/a | n/a | n/a | $637.50 |
| 12/23/1991 | C25530 | 100053 | $330.45 | $191.25 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $11.70 | n/a | $202.95 |
| 2/28/1992 | C27439 | 100054 | $265.99 | $255.00 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $255.00 |
| 3/24/1992 | C27743 | 100055 | $1,070.43 | $357.00 | $63.75 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $420.75 |
| 4/30/1992 | C28505 | 10057 | $164.50 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $0.00 |
| 5/27/1992 | C28505 | 100057 | $68.08 | $63.75 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $63.75 |
| 6/24/1992 | C29785 | 100059 | $382.50 | $191.25 | $127.50 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $318.75 |
| 8/25/1992 | C31044 | 100060 | $1,439.75 | $191.25 | $215.00 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $406.25 |
| 9/29/1992 | C31549 | LXXXVIII-061 | $2,132.62 | $63.75 | $142.50 | n/a | $1,312.50 | n/a | n/a | n/a | n/a | $29.20 | n/a | $1,547.95 |
| 10/26/1992 | C32263 | 100062 | $142.38 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $0.00 |
| 12/22/1992 | C3443 | LXXXVIII-045 | $1,660.64 | $291.50 | $331.25 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $622.75 |
| 1/29/1993 | C34258 | LXXXVIII-036 | $676.71 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $0.00 |

1968044v1

2

**Whitman Invoices Submitted by Black and Decker for Legal Services with Connor's Recommended Reductions**

| Date | Invoice No. | Bates No. | Total Amount | Vague Descriptions | Intra-Office Conferences | Questionable Intra-Office Conferences | Duplicate Attendance | Legal Research | Secretarial / Clerical Functions | Questionable Secretarial / Clerical Functions | Attorneys Performing Paralegal Functions | Questionable Expenses | Questionable / Exceptional Charges and Practice | Total Recommended Reduction (per invoice) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/25/1993 | C34773 | LXXXVIII - 025 | $340.16 | $66.25 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $66.25 |
| 3/31/1993 | 35676 | 01256 | $1,260.10 | $927.50 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $927.50 |
| 4/30/1993 | C36384 | SUPP-3 100063 | $619.53 | $198.75 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $198.75 |
| 5/31/1993 | C37119 | 100064 | $471.63 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $0.00 |
| 6/29/1993 | C37766 | 100065 | $137.31 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $0.00 |
| 9/28/1993 | 39857 | SUPP-3 01259 | $465.63 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $0.00 |
| 10/20/1993 | 40874 | SUPP-3 01262 | $1,891.11 | $490.25 | n/a | n/a | n/a | n/a | n/a | $26.50 | n/a | n/a | n/a | $516.75 |
| 11/17/1993 | 41566 | SUPP-3 01266 | $491.08 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $0.00 |
| 12/23/1993 | 42441 | SUPP-3 01270 | $2,255.47 | $728.00 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $728.00 |
| 1/24/1994 | 42843 | SUPP-3 01274 | $562.28 | $420.00 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $420.00 |
| 3/31/1994 | 44812 | SUPP-3 01278 | $214.90 | $126.00 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $126.00 |
| 9/27/1994 | C51268 | 100066 | $1,330.29 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $0.00 |
| 5/16/1995 | 58783 | 100069 | $141.20 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $0.00 |
| TOTALS: | | | $21,139.25 | $3,404.75 | | $112.50 | $0.00 | $2,855.00 | | $739.25 | $480.25 | $0.00 | $13.40 | $464.20 | $29,208.60 |

196804v1

3