# EXHIBIT 51

Bostik Invoices for Legal Services with Connor's Recommended Reductions (not reviewed by Black Decker)

| Date | Invoice No. | Bates No. | Total Amount | Total Recommended Reduction (Services) (per invoice) | Total Recommended Reduction (Disbursements) (per invoice) |
|---|---|---|---|---|---|
| 12/22/1994 | C54152 | 100551 | $5,880.74 | $861.25 | $1,866.99 |
| 1/23/1995 | C55029 | 100553 | $3,895.35 | $0.00 | $522.85 |
| 2/14/1995 | C55667 | 100555 | $25,038.89 | $6,350.50 | $280.14 |
| 3/27/1995 | C56921 | 100560 | $10,937.77 | $3,989.75 | $687.77 |
| 4/19/1995 | 57854 | 100564 | $5,847.53 | $1,646.75 | $1,306.78 |
| 5/16/1995 | 58791 | 100567 | $10,469.43 | $1,900.00 | $183.18 |
| 6/22/1995 | 59879 | 100570 | $16,347.95 | $1,354.75 | $530.45 |
| 7/20/1995 | 60843 | 100573 | $4,151.27 | $513.00 | $87.52 |
| 8/15/1995 | 61874 | 100575 | $2,191.69 | $527.25 | $319.19 |
| 9/20/1995 | 63127 | 100577 | $12,383.25 | $1,055.00 | $193.85 |
| 10/20/1995 | 64685 | 100580 | $3,748.63 | $1,452.50 | $27.38 |
| 11/17/1995 | 65525 | 10582 | $2,610.66 | $28.50 | $45.66 |
| 12/19/1995 | 66996 | 10584 | $3,798.11 | $0.00 | $21.86 |
| 1/29/1996 | 68106 | 100586 | $588.14 | $28.50 | $18.14 |
| 2/14/1996 | 69289 | 100588 | $1,214.65 | $99.75 | $3.40 |
| 3/22/1996 | 71415 | 100590 | $864.39 | $0.00 | $9.39 |
| 4/18/1996 | 72400 | 100592 | $1,789.63 | $0.00 | $8.38 |
| 5/20/1996 | 73433 | 100594 | $13,689.04 | $150.00 | $41.54 |
| 6/20/1996 | 74327 | SUPP-3 01954 | $1,254.98 | $431.25 | $17.48 |
| 7/23/1996 | 75433 | 100598 | $766.64 | $0.00 | $125.39 |
| 11/20/1996 | 81636 | 100602 | $725.70 | $0.00 | $0.70 |
| 5/27/1997 | 93117 | MISC3-0198 | $72.50 | $72.50 | $0.00 |
| 6/30/1997 | 94704 | MISC3 - 0216 | $290.10 | $0.00 | $0.10 |
| TOTALS | | | | $20,461.25 | $6,298.14 |
| GRAND TOTAL: | | | | | $26,759.39 |