```
                                                          14-1
 1                              Volume 14, Pages 1 - 123
 2              UNITED STATES DISTRICT COURT
 3              DISTRICT OF MASSACHUSETTS
 4   ------------------------------------
 5   LIBERTY MUTUAL INSURANCE COMPANY,
 6                  Plaintiff
 7   vs.                                  CA-96-10804-DPW
 8
 9   THE BLACK & DECKER CORPORATION, BLACK
10   & DECKER, INC., BLACK & DECKER (U.S.)
11   INC., EMHART CORPORATION, and EMHART
12   INDUSTRIES, INC.,
13                  Defendants
14   ------------------------------------
15        BEFORE THE HONORABLE DOUGLAS P. WOODLOCK
16              UNITED STATES DISTRICT COURT JUDGE
17                    JURY TRIAL - DAY 14
18                    February 12, 2004
19                  9:13 a.m. to 1:19 p.m.
20              Courtroom No. 1 - 3rd Floor
21      1 Courthouse Way, Boston, Massachusetts 02210
22      --------- Janis T. Young, RDR, CRR ---------
23              Farmer Arsenault Brock LLC
24    50 Congress Street, Boston, Massachusetts 02109
25              617.728.4404   Fax 617.728.4403
```

```
                                                          14-3
```

1           Thursday, February 12, 2004
2              P R O C E E D I N G S
3           THE COURT:  I've had Ms. Greenberg and
4    Mr. Shin pass out the draft verdict slip.  Are there any
5    changes or corrections that you want me to make?
6           MR. PIROZZOLO:  Your Honor, I have a couple of
7    points.
8           I believe at this stage of the case, notice
9    prejudice has dropped out.  The record shows that
10   Liberty Mutual breached its duty to defend as to the
11   Bostik site; and therefore it bears the burden of proof
12   on Question 1 of the Bostik site.
13          Your Honor, in the summary judgment, ruled
14   there was an issue of fact, and that Liberty Mutual
15   could prove prejudice under the NOR.  And I think there
16   is a duty to defend consistent with the court's other
17   rulings.
18          THE COURT:  Mr. Lepore?
19          MR. LEPORE:  I don't think anything has
20   changed, Your Honor.  Prejudice is not an issue, but
21   it's still their burden to establish that there was
22   coverage; and in order to do so, they need to establish
23   there was an accident, and they have that burden.
24   Nothing has changed.
25          THE COURT:  I'm going to leave it as it is.