# LIBERTY MUTUAL
## INSURANCE COMPANY
### Home Office: Boston

Agrees with United Shoe Machinery Corporation and any and all companies, corporations and other business entities now or hereinafter owned, operated or controlled by, or subsidiary to the aforenamed corporation, in which the aforenamed corporation has a financial interest of greater than 50%, herein called the named insured, in consideration of the payment of the premium and of the statements contained in the declaration made a part hereof and subject to the limits of liability, exclusions, conditions and other terms of this policy:

### INSURING AGREEMENTS

I. **COVERAGE** To pay on behalf of the insured all sums which the insured shall become obligated to pay by reason of the liability imposed upon it by law, or assumed by it under a warranty of goods or products, or liability of others assumed by it under contract for damages, including damages for care and loss of services, because of

   a) personal injury, sickness or disease, including death at any time resulting therefrom, sustained by any person or persons;

   b) injury to or destruction of property, including the loss of use thereof, caused by accident.

II. **DEFENSE, SETTLEMENT, SUPPLEMENTARY PAYMENTS** As respects such insurance as is afforded by the other terms of this policy the company shall

   (a) defend in its name and behalf any suit against the insured alleging such injury, sickness or disease and seeking damages on account thereof, even if such suit is groundless, false or fraudulent; but the company shall have the right to make such investigation, negotiation and settlement of any claim or suit as may be deemed expedient by the company:

   (b) have the right but not the duty, if claim is made or suit is brought elsewhere than within the United States of America, its territories or possessions or Canada, to investigate and settle such claims and to defend such suits. In any case in which the company elects not to investigate, settle or defend, the insured under the supervision of the company will make or cause to be made such investigation and defense as are reasonably necessary, and subject to prior authorization by the company, will effect to the extent possible such settlement or settlements as the company and the insured deem prudent.

Und-G 25

PRIVILEGED AND CONFIDENTIAL    B&D   MA  LM        0000698

The company shall reimburse the insured for the reasonable costs of such investigation and defense and, within the applicable limits of liability of the policy, for the amounts of such authorized settlements;

(c) pay all premiums on bonds to release attachments for an amount not in excess of the applicable limit of liability of this policy, all premiums on appeal bonds required in any such defended suit, but without any obligation to apply for or furnish such bonds, all costs taxed against the insured in any such suit, all expenses incurred by the company, all interest accruing after entry of judgment until the company has paid, tendered or deposited in court such part of such judgment as does not exceed the limit of the company's liability thereon, and expenses incurred by the insured for such immediate medical and surgical relief to others as shall be imperative at the time of accident;

(d) reimburse the insured for all reasonable expenses, other than loss of earning incurred at the company's request.

The company agrees to pay amounts incurred under this insuring agreement, except settlement of claims and suits, in addition to the applicable limit of liability of this policy.

III. DEFINITION OF INSURED. The unqualified word "insured" wherever used in this policy includes the named insured and also includes

(a) any executive officer, director or stockholder thereof while acting within the scope of his duties as such, and any organization or proprietor with respect to real estate management for the named insured;

(b) any person or organization with respect to the distribution or sale in the course of business of any merchandise or product manufactured, sold, handled or distributed by the named insured, provided the insurance with respect to such person or organization does not apply to

(1) the negligence of any person or organization other than the named insured,

(2) any express warranty not authorized by the named insured, or

(3) any person or organization, other than a purchaser of such merchandise or product from the named insured from whom any product, ingredient, part or container entering into, accompanying or containing any products of the named insured has been acquired.

IV. POLICY PERIOD. The policy applies only to (1) personal injury, sickness, or disease including death resulting therefrom and (2) injury to or destruction of property, accidentally caused, which occur during the policy period anywhere in the world. With respect to personal injury, sickness or disease, including death resulting therefrom or injury to or destruction of property caused by exposure to conditions over a period of days, weeks, months or longer, such injury, death or destruction shall be deemed to occur only on the last day of the last exposure to such conditions. The policy does not apply to such injury, death or destruction caused by such continuous or repeated exposure any part of which occurs after the termination of the policy.

PRIVILEGED AND CONFIDENTIAL    B&D    MA  LM    0000699