# EXHIBIT M

# 2019120_v1

```
 1                              Volume 13, Pages 1-116
 2           UNITED STATES DISTRICT COURT
 3             DISTRICT OF MASSACHUSETTS
 4   - - - - - - - - - - - - - - - - - - - - - - - -
 5   LIBERTY MUTUAL INSURANCE COMPANY,
 6                  Plaintiff
 7   vs.                                CA-96-10804-DPW
 8
 9   THE BLACK & DECKER CORPORATION, BLACK
10   & DECKER, INC., BLACK & DECKER (U.S.)
11   INC., EMHART CORPORATION, and EMHART
12   INDUSTRIES, INC.,
13                  Defendants
14   - - - - - - - - - - - - - - - - - - - - - - - -
15         BEFORE THE HONORABLE DOUGLAS P. WOODLOCK
16             UNITED STATES DISTRICT COURT JUDGE
17                   JURY TRIAL - DAY 13
18             Wednesday, February 11, 2004
19                9:07 a.m. to 12:11 p.m.
20              Courtroom No. 1 - 3rd Floor
21     1 Courthouse Way, Boston, Massachusetts 02210
22     - - - - - - - - -  Alan H. Brock, RDR, CRR  - - - - - - - - -
23                 Farmer Arsenault Brock LLC
24     50 Congress Street, Boston, Massachusetts 02109
25             617.728.4404   Fax 617.728.4403
```

**Page 6**

1  A. Actually, remediation at the pilot plant was
2  -- my recollection, that was completed in 1990, so that
3  had already been completed for several years.
4  Q. Now, with respect to the studies, those, you
5  think, were done in about '93-'94?
6  A. That's my recollection, yes.
7  Q. And do you know when the actual excavation of
8  the former waste disposal area occurred?
9  A. Yes. The actual excavation was last summer,
10 in 2003.
11  Q. About nine or ten years after they did the
12 study?
13  A. Yes, that's about right.
14  Q. Now, when the -- are you familiar with the
15 excavation that was done with respect to the former
16 waste disposal area?
17  A. Generally, yes.
18  Q. Could you just describe what they did?
19  A. Sure. The investigation that preceded the
20 remediation defined an area of PCB contamination that
21 exceeded a cleanup goal, which was established at 10.5
22 parts per million PCBs in the soil. That area was
23 carefully defined, and then the plan was to dig out the
24 area that had the PCBs above that level. In order to
25 stabilize that large hole which was dug right next to a

**Page 7**

1  pond, the upper pond, the sheet piling was put in for
2  structural purposes, engineering purposes, and Mr. Ash
3  explained that yesterday and showed pictures of it.
4  Q. And did you understand that they did any
5  excavation along the bank of the pond?
6  A. No. In fact, the sheet piling separated the
7  excavation from the pond, but I guess it came as close
8  as 5 or 6 feet and in other places was 20 feet away.
9  And in order to establish the extent of the cleanup,
10 they had to establish that the sediments between that
11 steel curtain and the pond were below the cleanup
12 standards, so they could leave them there. So that was
13 established prior to the excavation.
14  Q. So you have an understanding that the
15 sediments along the bank were below the PCB level of 45
16 parts per million?
17  A. Yes, that's my understanding from reading the
18 plan.
19  Q. Do you have any understanding as to what was
20 done with respect to groundwater at the FWDA?
21  A. Yes, I do.
22  Q. What is that, sir?
23  A. No groundwater remediation was undertaken at
24 the FWDA.
25  Q. Now, are you familiar with the risk assessment

**Page 8**

1  for the site with respect to the FWDA, the former waste
2  disposal area?
3  A. Yes, I am.
4  Q. And do you have an understanding as to what it
5  concluded with respect to PCB contamination and the
6  impact on human health?
7  A. Yes.
8  Q. And what is that?
9  A. The risk assessment found that there was an
10 unacceptable risk for direct exposure to PCBs in the
11 former waste disposal area to future construction
12 workers; in other words, people who might be excavating
13 in that area and come in contact with that material.
14  Q. And so the thing that they recommended was
15 what?
16  A. The ultimate recommendation was to simply dig
17 out all of the PCB-contaminated soil above 25 parts per
18 million.
19  Q. Now, the risk assessment you've reviewed;
20 correct?
21  A. Yes.
22  Q. Other than PCBs, did they consider anything
23 else?
24  A. Yes. The risk assessment by its nature is
25 required to look at all chemicals of concern, which are

**Page 9**

1  pretty much all the chemicals that were detected at the
2  area. So all of those were evaluated as part of the
3  risk assessment.
4  Q. And was there a conclusion with respect to the
5  other chemicals at the former waste disposal area?
6  A. Yes.
7  Q. And what was that?
8  A. At the end of the risk assessment, only the
9  PCBs were determined to present an unacceptable risk, so
10 all of the other chemicals were determined not to
11 present an unacceptable risk.
12  Q. So with respect to the unacceptable risk, that
13 related to the construction workers in the future;
14 correct?
15  A. That's my understanding, yes.
16  Q. And they recommended something to deal with
17 that, and that was the excavation of the PCB-
18 contaminated soil?
19  A. Correct.
20  Q. And you've already described how they did
21 that.
22     So prior to the excavation, are you aware of
23 any remediation of anything at the former waste disposal
24 area, including groundwater?
25  A. Prior to the excavation, I'm not aware of any

Page 10

1  remediation of anything at the former waste disposal....
2  Q. Do you recall Mr. Ash's testimony explaining
3  about treatment of water in the former waste disposal
4  area?
5  A. Yes, I do.
6  Q. Was that groundwater?
7  A. Well, it was a dewatering system. In other
8  words, when you dig a hole in the ground and the bottom
9  of that hole goes below the groundwater level, just for
10 engineering structural purposes you have to dewater or
11 bring the water level down to the bottom of the hole.
12        It was groundwater before it got into the
13 hole. Once it's in the hole it's surface water. But
14 it's not a groundwater remediation system; it's a
15 dewatering system; and it only impacts the water that's
16 at the very surface that's getting into the hole.
17 Q. What was done to the sediments along the upper
18 pond?
19 A. The sediments -- are you asking the sediments
20 in the upper pond?
21 Q. Along the bank -- yes, I am. I misspoke. The
22 sediments, the PCB contaminants that were allegedly
23 found in the upper pond.
24 A. There was no remediation recommended or
25 undertaken for sediments in the upper pond because it

Page 11

1  was determined that there was no unacceptable risk from
2  just leaving them where they are.
3  Q. Do you have an opinion as to the likelihood of
4  PCB-contaminated sediments migrating?
5  A. In general or --
6  Q. With respect to the former waste disposal
7  area.
8  A. With respect to the former waste disposal
9  area? Yes, I do.
10 Q. And what is that opinion, sir?
11 A. Well, the PCB soil, contaminated soil in the
12 former waste disposal area is -- or prior to the
13 excavation was contained within the landfill. It was
14 capped back in the '60s, and it was concluded by GEI
15 when they did their investigation that there was no
16 migration away from the landfill of any of the
17 contaminants. And I concur with that, I think, that
18 there was no potential for that to happen.
19 Q. Can we shift gears, sir, and look at Building
20 1 just for a moment.
21 A. Sure.
22 Q. Building 1 is in the upper right-hand corner.
23       MR. PIROZZOLO: Could we see the Court at
24 sidebar?
25       THE COURT: Yes.

Page 12

1       MR. PIROZZOLO: Your Honor, based on
2  yesterday's discussion, we're going to take the Building
3  1 off the table.
4       THE COURT: Okay.
5       MR. LEPORE: Fine. Thank you.
6       (Sidebar conference ended.)
7  Q. Mr. Roux, that was a very quick discussion of
8  Building 1.
9       Let's turn to Building 41.
10 A. Okay.
11 Q. Where is Building 41?
12 A. Building 41 is not shown on the site plan
13 that's been projected.
14 Q. Yet. There it is.
15 A. There it is. Okay.
16 Q. Is that Building 41?
17 A. Yes.
18 Q. Now, what contamination was found in Building
19 41?
20 A. My understanding is that when Building 1 was
21 under construction, when they went in to excavate -- to
22 construct Building 1, the construction crew ran into
23 buried drums, drums of waste material that had been
24 buried in that area, and that is what was found. And
25 some contaminated soil, I guess, associated with those

Page 13

1  buried drums was also found.
2  Q. Do you know what was done to address that
3  problem?
4  A. Yes, the drums that were dug up, that needed
5  to be dug up, to make way for the construction, were
6  removed from the site along with a certain amount of the
7  soil that was contaminated.
8  Q. When was that done, sir?
9  A. I believe that was done in 1997.
10 Q. Now, are you aware of any groundwater
11 remediation having been done in the vicinity of Building
12 41?
13 A. No, I'm not.
14 Q. Let me switch again quickly to the old tank
15 farm and Building 9 area. You're aware that a site
16 investigation was done with respect to that particular
17 location at the site?
18 A. Yes.
19 Q. And it identified contamination. Is that
20 right?
21 A. Yes, absolutely.
22 Q. Now, you're familiar with site assessments in
23 general; right?
24 A. Yes.
25 Q. I mean, you've been working with them for

**Page 14**

1  many, many years; correct?
2  A.  Many years, yes.
3  Q.  Is it typical for the environmental consultant
4  retained to establish a ranking of priorities?
5     MR. PIROZZOLO:  Pray Your Honor's judgment.
6     THE COURT:  He may answer that question.
7  A.  If you're asking me with respect to different
8  sites around what we'll call the entire site, yes,
9  absolutely.
10  Q.  And is it fair to say that the priorities
11  address the most serious contamination conditions first?
12  A.  Yes, as we said before, if there's an imminent
13  threat or an imminent hazard from something that's
14  discovered during an investigation, then the
15  Massachusetts Contingency Plan, which outlines how
16  things should be done, describes that you can take
17  immediate response action rather than waiting for the
18  full investigation to be done.
19  Q.  I'm not going to go through the MCP again, but
20  it sets forth short-term measures, immediate response
21  actions and so forth, depending on the levels of
22  contamination found?
23  A.  Not just the levels of contamination, but the
24  risk that the contamination is going to move or somehow
25  threaten to harm somebody or the environment.

**Page 15**

1  Q.  Now, you've reviewed the GEI reports, again?
2  A.  Yes.
3  Q.  And do you have an understanding as to the
4  priorities that were established with respect to the
5  Bostik site?
6  A.  I think I do, yes.
7  Q.  And what was the first priority that they
8  needed to address?
9  A.  The first priority was the old tank farm area.
10  Q.  And the second priority?
11  A.  The second priority was the pilot plant.
12  Q.  Do you have an understanding as to why those
13  were selected as the first and second priorities?
14  A.  Well, yes.  The old tank farm had contaminated
15  groundwater, heavily contaminated with solvents, that
16  was migrating into the river and actually contaminating
17  the surface water in the river, so that had to be dealt
18  with immediately and was.
19  Q.  And the former waste disposal area, where was
20  that on the priority list?
21  A.  Well, because the conclusion after the
22  investigation was that nothing was migrating away and
23  there was no apparent risk or hazard from it at all, it
24  went through the full investigation process and was
25  cleaned up last, I guess last, from everything on the

**Page 16**

1  site.
2  Q.  Have you had a chance to compare the
3  contamination at the former waste disposal area and the
4  old tank farm?
5  A.  In terms of the types of contamination?
6  Q.  Yes.
7  A.  Yes.
8  Q.  And have you had a chance to compare them from
9  the point of view of a remediation?
10  A.  Yes.
11  Q.  And could you tell us what your view is of the
12  need for remediation at those two sites?
13  A.  Sure.  The need for remediation at the old
14  tank farm was with respect to the groundwater, which was
15  contaminated and flowing off the site, and that required
16  a pump-and-treat system, which we heard about, and along
17  with the pump and treat, soil vapor extraction and air
18  sparging to enhance the remediation of the groundwater
19  in that area.  And that contrasts with the former waste
20  disposal area, where no groundwater remediation was
21  done, but rather it was a soil remedy, where the soil
22  was dug up and taken away.
23  Q.  Let's just focus for a few minutes
24  specifically about the old tank farm.  Do you have an
25  opinion, sir, as to the cause of the soil and

**Page 17**

1  groundwater contamination in the vicinity of the old
2  tank farm?
3  A.  Yes, I do.
4  Q.  What is that opinion, sir?
5  A.  The cause of the soil and the groundwater
6  contamination --
7     MR. PIROZZOLO:  Pray Your Honor's judgment.
8     THE COURT:  Overruled.  You may answer.
9     MR. PIROZZOLO:  I believe it's not within the
10  report.
11     THE COURT:  Well, if that's the case, I'll
12  look at the report right now.
13     (Sidebar conference as follows.)
14     MR. LEPORE:  Show me where it's not?
15  (Pointing.)
16     MR. PIROZZOLO:  Does it say anything about the
17  cause?
18     MR. BINDER:  That's the issue.  It goes on --
19     THE COURT:  Let me just look.
20     (Pause.)
21     MR. LEPORE:  We're just dealing with the old
22  tank farm for right now, Your Honor.
23     (Pause.)
24     THE COURT:  I'm going to allow him to testify
25  as to it.

**Page 18**

1   MR. LEPORE: Thank you, Your Honor.
2   (Sidebar conference ended.)
3   MR. LEPORE: May I continue, Your Honor?
4   THE COURT: The last question, do you have an
5   opinion, sir, as to the cause of the soil and
6   groundwater contamination in the vicinity of the old
7   tank farm?
8   A. Yes.
9   Q. And what is that opinion, sir?
10  A. Primarily leakage from the buried underground
11  storage tanks in that area.
12  Q. You've heard some testimony about holes in the
13  tanks?
14  A. Yes.
15  Q. And you heard about contamination through the
16  tank releases? Is that what you heard, sir?
17  A. Yes.
18  Q. Do you have an opinion about whether or not
19  these holes were apparent in the tank farm?
20  A. Yes.
21  Q. What is that opinion, sir?
22  A. I think they were very apparent because the
23  presence of water showing up in the underground storage
24  tanks indicated that there were holes allowing the
25  groundwater to come in, and there's testimony that water

**Page 19**

1   was observed in a number of those tanks.
2   Q. And sir, with respect to the solvent pipe
3   trench that connects the old tank farm and the Building
4   9 area, do you have an opinion about the cause of the
5   soil and groundwater contamination in that area?
6   A. Yes.
7   Q. And what is that opinion, sir?
8   A. Leakage from the pipes that were in the pipe
9   trench that was testified to earlier.
10  Q. And sir, do you have an opinion about whether
11  it was apparent that solvent had been released to soil
12  and groundwater in the solvent pipe trench?
13  A. Yes.
14  Q. And what is that opinion, sir?
15  A. Based on the testimony that I recall, it was
16  very apparent. It was visible and created odors.
17  Q. And sir, do you have an opinion with respect
18  to the cause of the actual solvent contamination with
19  respect to the Ipswich River?
20  A. Yes.
21  Q. And what is that opinion, sir?
22  A. There was solvent contamination of the Ipswich
23  River at the beginning of the investigation, yes.
24  Q. And what was it caused by?
25  A. Contaminated groundwater from the old tank

**Page 20**

1   farm area discharging into the river.
2   Q. Now, with respect to the former waste disposal
3   area, do you have an opinion about the cause of the
4   contamination there, sir?
5   A. Yes.
6   Q. What is that opinion, sir?
7   A. The contamination in the former waste disposal
8   area was caused by the dumping or placing of waste
9   material, contaminated waste material, in that area.
10  Q. Do you have an opinion, sir, with respect to
11  the cleanup that was taken last summer at the former
12  waste disposal area, whether it dealt with migration or
13  threatened migration off-site?
14  A. Yes.
15  Q. And what is that opinion, sir?
16  A. There was no migration or threatened migration
17  from the former waste disposal area prior to the 2003
18  remediation, so the 2000 remediation was not intended to
19  address that.
20  Q. I think you misspoke; you mean the 2003
21  remediation, sir?
22  A. I'm sorry, the 2003 remediation was not
23  intended to address off-site migration, correct.
24  Q. Thank you, sir. Now, with respect to the soil
25  excavation at the former waste disposal area, do you

**Page 21**

1   have an opinion as to whether or not the costs were
2   incurred solely with respect to the contaminated soil
3   located on Bostik's property there?
4   A. Yes.
5   Q. What is your opinion, sir?
6   A. Again, the remediation was solely for the
7   contaminated soil on the property at that location. So,
8   yes, it was.
9   Q. Now, with respect to that former -- strike
10  that. Do you have an opinion, sir, with respect to the
11  Ipswich River and whether it was contaminated by the
12  presence of PCBs in sediments in the river?
13  A. Yes.
14  Q. What is your opinion, sir?
15  A. There are only very low levels of PCBs in the
16  sediments. They were determined not to be a risk, and
17  no remediation was necessary, so the river was not
18  impacted by the presence of PCBs.
19  Q. And with respect to Building 41, sir, do you
20  have an opinion about the cause of the contamination in
21  that area?
22  A. Yes.
23  Q. And what is your opinion, sir?
24  A. There were drums of waste material buried in
25  that area at some point in the past.

**Page 22**

1  Q. And you do have an understanding as to what
2  work was done at Building 41; correct?
3  A. Yes.
4  Q. Was there a groundwater issue there, sir?
5  A. No, there was not.
6  Q. Do you have an opinion, sir, as to whether the
7  remediation costs incurred in Building 41 were incurred
8  with respect to contamination located solely on Bostik's
9  own property?
10  A. Yes.
11  Q. And what is that opinion, sir?
12  A. It was solely on Bostik's own property.
13      MR. LEPORE: May I have one moment, Your
14  Honor?
15      THE COURT: Yes.
16      MR. LEPORE: I have no further questions, Your
17  Honor.
18      THE COURT: Mr. Pirozzolo?
19         CROSS-EXAMINATION
20  BY MR. PIROZZOLO:
21  Q. Good morning, Mr. Roux.
22  A. Good morning.
23  Q. Mr. Roux, you are not an LPS; is that right?
24  LSP.
25  A. As I testified originally, no, currently, I am

**Page 23**

1  not an LSP.
2  Q. You're not an LSP; correct?
3  A. I am not an LSP; correct.
4  Q. But your company has an office in
5  Massachusetts?
6  A. In Burlington.
7  Q. And Burlington isn't far from Middleton, is
8  it?
9  A. Not too far.
10  Q. And does your office do the type of work you
11  described that you do?
12  A. Yes.
13  Q. And does that office have anyone that is an
14  LSP?
15  A. Yes.
16  Q. And would the LSP in that office, people with
17  LSPs, be familiar with the procedures under the
18  Massachusetts Contingency Plan?
19  A. Yes.
20  Q. But you didn't take the examination for the
21  LSP license.
22  A. That's correct.
23  Q. Now, you've read thoroughly the GEI reports.
24  A. Over the course of several years, yes.
25  Q. Well, have you read every word of each of the

**Page 24**

1  reports?
2  A. Probably not.
3  Q. Has somebody else read them for you?
4  A. No.
5  Q. You've read some of the GEI reports.
6  A. No, I've read the GEI reports, but I can't say
7  that I've read every single word. I mean, there are
8  large appendices attached to them. But I read them
9  thoroughly.
10  Q. Did you read the part of the GEI report in the
11  Phase 3 remedial action plan regarding Bostik that says
12  the following: "Due to the proximity of Area 5 to the
13  upper and lower ponds, controls will be required to
14  prevent potential discharges of contaminated soil and
15  groundwater to the ponds during the work"? Did you read
16  that?
17  A. Yes.
18  Q. And that the sheet piles were put in there for
19  the purpose of minimizing discharges of contaminated
20  soil and groundwater into the ponds? Did you read that?
21  A. Yes.
22  Q. Did you read the part of that report that
23  describes the benefits of the remediation in Area 5?
24  A. I believe that I did, yes.
25  Q. And did you read the part that says,

**Page 25**

1  "Groundwater quality may be improved by removal of soil
2  with elevated contaminants concentrations"?
3  A. Did I read that? Yes.
4  Q. Now, you gave a deposition in this case?
5  A. Two, actually.
6  Q. Two depositions. Do you remember testifying
7  in one of those depositions, "There was contaminated
8  groundwater in Area 5"?
9  A. I don't specifically recall that testimony.
10      MR. PIROZZOLO: May I approach the witness,
11  Your Honor?
12      THE COURT: You may.
13  Q. Mr. Roux, is that a deposition -- a transcript
14  of a deposition you gave in this case?
15  A. Yes.
16  Q. And on what date did you give that deposition?
17  A. November 4th, 2003.
18  Q. Not long ago.
19  A. Not too long ago.
20  Q. And if you'd turn to Page 63.
21  A. Okay.
22  Q. Line 17. Did you say, "Yes, I'm sorry, there
23  was contaminated groundwater in Area 5"?
24  A. Yes.
25  Q. And Area 5 is the former waste disposal area?

**Page 30**

1  THE COURT: I'll tell the jury what the
2  ultimate issue is. If you have something that you want
3  to discuss with him, you can.
4  Q. Mr. Roux, you had a long association with
5  Stauffer Chemical?
6  A. I worked for Stauffer Chemical for two years,
7  yes.
8  Q. And then after you stopped being an employee
9  of Stauffer Chemical, you consulted for Stauffer
10  Chemical?
11  A. Yes, I did.
12  Q. And Stauffer Chemical is one of the biggest
13  chemical manufacturers in the world, isn't it?
14  A. Well, it's not around any more, but at the
15  time it was a large chemical manufacturer.
16  Q. And it ran chemical manufacturing sites.
17  A. Yes.
18  Q. And it ran those sites in the 1960s.
19  A. Yes.
20  Q. And you became familiar with some of those
21  sites.
22  A. Yes.
23  Q. And some of your job was dealing with
24  contamination on those sites, wasn't it?
25  A. Yes.

**Page 31**

1  Q. And to review the history of those sites.
2  A. Yes.
3  Q. And you became familiar with what the cause of
4  contamination was on those sites.
5  A. Yes.
6  MR. PIROZZOLO: Thank you. I have no further
7  questions.
8  MR. LEPORE: May I just have a moment?
9  (Pause.)
10  MR. LEPORE: May I proceed, Your Honor?
11  THE COURT: Yes.
12  CROSS-EXAMINATION
13  BY MR. LEPORE:
14  Q. With respect to the former waste disposal
15  area, you just were asked a couple of questions with
16  respect to solvents. You didn't mean to suggest that
17  the solvents in the ground actually got to the
18  groundwater in the former waste disposal area, did you?
19  MR. PIROZZOLO: Objection, Your Honor. It's
20  leading.
21  THE COURT: It is. He can answer the
22  question. The jury will have in mind the leading nature
23  of the question.
24  A. Actually, there is solvent contamination of
25  the groundwater in the former waste disposal area. What

**Page 32**

1  I testified to was that it was not migrating away from
2  the former waste disposal area, it was staying in the
3  former waste disposal area.
4  Q. And did you testify with respect to the
5  remediation efforts at the former waste disposal area?
6  A. Yes.
7  Q. And did that take into account the solvents
8  that were there?
9  A. The remediation had nothing to do with the
10  solvents. It had only to do with the PCBs.
11  Q. Now, you remember Mr. Pirozzolo showing you
12  some deposition transcripts?
13  A. Yes.
14  Q. There seems to be an inconsistency, and I ask
15  you: Can you explain that inconsistency?
16  A. Yes, I think I can.
17  Q. Would you please do so.
18  A. We were talking about in my deposition, about
19  groundwater flow, and we know groundwater flows through
20  the site. The question was where would groundwater flow
21  from the former waste disposal area go, and I think I
22  said I wasn't sure but it would have to go either toward
23  the river or toward ponds.
24  But that doesn't mean that contaminated or
25  significantly contaminated groundwater is flowing to the

**Page 33**

1  river or to the ponds, because we know from GEI's work
2  monitoring that there isn't significantly contaminated
3  groundwater flowing away from the ponds.
4  MR. LEPORE: I have no further questions, Your
5  Honor.
6  MR. PIROZZOLO: May I have a question, Your
7  Honor?
8  THE COURT: Yes.
9  REDIRECT EXAMINATION
10  BY MR. PIROZZOLO:
11  Q. Mr. Roux, you know that there was a soil vapor
12  extraction system on the site?
13  A. I do.
14  Q. And that system was designed to extract
15  solvents from the soil to prevent them from flowing into
16  the groundwater; isn't that right?
17  MR. LEPORE: Objection, Your Honor. This is
18  well beyond the scope.
19  THE COURT: Overruled.
20  A. Yes, that's right.
21  Q. And you know that the former waste disposal
22  area was an area where Bostik had burned and disposed of
23  off-spec material and all kinds of waste.
24  A. I do.
25  Q. And you know from your study in preparing for