Exhibit B

RECYCLED

**Lepore III, Ralph T (BOS - X79210)**

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Friday, December 10, 2004 5:01 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:96-cv-10804-DPW Liberty Mutual Ins. v. Black & Decker, et al "Notice of Hearing" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.
<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy Exp \$' --> United States District Court District of Massachusetts

Notice of Electronic Filing
The following transaction was entered on 12/10/2004 at 5:01 PM EST and filed on 12/10/2004

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04 loy Exp \$' Case Name: Liberty Mutual Ins. v. Black & Decker, et al Case Number: 1:96-cv-10804
https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?58014

Document Number:
Copy the URL address from the line below into the location bar of your Web browser to view the document:

Docket Text:
NOTICE of Hearing: Status Conference set for 12/23/2004 10:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. Attorney(s) for Aetna/Travelers are ordered to appear.  Counsel shall communicate this order to the appropriate attorney(s).  Prior to the hearing, the location of the person negotiating the settlement will be identified and the parties' inclinations regarding deposing that person will have been explored.  Aetna/Travelers will proceed posthaste to securing the documents.  Status report due 12/20/04. The deadline for submission of briefs regarding the final judgments re: Whitman and Bostik/Middleton sites will be reset at the hearing.(Rynne, Michelle)

The following document(s) are associated with this transaction:

<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02 17:37:56-04 bibeau Exp \$' --> 1:96-cv-10804 Notice will be electronically mailed to:

| | |
|---|---|
| Deborah E. Barnard | dbarnard@hklaw.com |
| Richard E. Bennett | rbennett@wpmlaw.com |
| Richard L. Binder | rbinder@wpmlaw.com |
| Ralph T. Lepore | rlepore@hklaw.com |
| Robin-Lee Main | robin.main@hklaw.com |
| Jack R. Pirozzolo | jpirozzolo@wpmlaw.com |
| Janice Kelley Rowan | jrowan@hklaw.com |

1:96-cv-10804 Notice will not be electronically mailed to:
Robert L. Hoegle
Carter, Ledyard & Milburn
1401 I Street, N.W.
Suite 300
Washington, DC 20005